**B1 (Official Form 1) (1/08)**

| United States Bankruptcy Court<br>District of Oregon | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Stayton SW Assisted Living, L.L.C.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Lakeside Assisted Living Community** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>**91-1842496** | Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**2201 3rd Avenue**<br>**Stayton, OR 97383**<br>ZIP CODE **97383-0000** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Marion** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**c/o J. Wallace Gutzler**<br>**POB 3006**<br>**Salem, OR 97302-0006**<br>ZIP CODE **97302-0006** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [X] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- [X] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [X] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [X] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [X] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Debts**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

**B1 (Official Form 1) (1/08)** Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Stayton SW Assisted Living, L.L.C.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: **- See Attachment -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)            Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l))..

**B1 (Official Form 1) (1/08)** Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Stayton SW Assisted Living, L.L.C.** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney***<br>X **/s/ Leon Simson**<br>Signature of Attorney for Debtor(s)<br>**Leon Simson OSB No. 75342**<br>Printed Name of Attorney for Debtor(s)<br>**Tonkon Torp LLP**<br>Firm Name<br>**1600 Pioneer Tower**<br>**888 SW Fifth Ave**<br>**Portland, OR 97204-2099**<br>Address<br>**503-802-2067 Fax:503-972-3767**<br>Telephone Number<br>**December 1, 2008**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br>X _____<br><br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X **/s/ Jon M. Harder**<br>Signature of Authorized Individual<br>**Jon M. Harder**<br>Printed Name of Authorized Individual<br>**Manager**<br>Title of Authorized Individual<br>**December 1, 2008**<br>Date | Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U.S.C. § 110; 18 U.S.C. § 156.* |

In re **Stayton SW Assisted Living, L.L.C.**                                        Case No. _____

                                    Debtor(s)

# FORM 1. VOLUNTARY PETITION

## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Nashville Senior Living, LLC**<br>**Middle District of Tennessee, Nashville Division** | **08-07254**<br>**Affiliate** | **08/17/08**<br>**Judge Paine** |
| **Anderson Senior Living Property, LLC**<br>**Middle District of Tennessee, Nashville Division** | **08-07255**<br>**Affiliate** | **08/17/08**<br>**Judge Paine** |
| **Charlotte Oakdale Property, LLC**<br>**Middle District of Tennessee, Nashville Division** | **08-07256**<br>**Affiliate** | **08/17/08**<br>**Judge Paine** |
| **Greensboro Oakdale Property, LLC**<br>**Middle District of Tennessee, Nashville Division** | **08-07257**<br>**Affiliate** | **08/17/08**<br>**Judge Paine** |
| **Mt. Pleasant Oakdale I Property, LLC**<br>**Middle District of Tennessee, Nashville Division** | **08-07258**<br>**Affiliate** | **08/17/08**<br>**Judge Paine** |
| **Mt. Pleasant Oakdale II Property, LLC**<br>**Middle District of Tennessee, Nashville Division** | **08-07259**<br>**Affiliate** | **08/17/08**<br>**Judge Paine** |
| **Pinehurst Oakdale Property, LLC**<br>**Middle District of Tennessee, Nashville Division** | **08-07260**<br>**Affiliate** | **08/17/08**<br>**Judge Paine** |
| **Winston-Salem Oakdale Property, LLC**<br>**Middle District of Tennessee, Nashville Division** | **08-07261**<br>**Affiliate** | **08/17/08**<br>**Judge Paine** |
| **Century Fields Retirement and Assisted Living Community, LLC**<br>**Middle District of Tennessee, Nashville Division** | **08-07338**<br>**Affiliate** | **08/19/08**<br>**Judge Paine** |
| **Briarwood Retirement and Assisted Living Community, LLC**<br>**Middle District of Tennessee, Nashville Division** | **08-07339**<br>**Affiliate** | **08/19/08**<br>**Judge Paine** |
| **Portland Senior Living, LLC**<br>**Oregon** | **08-36630**<br>**Affiliate** | **12/1/08**<br>**Judge Brown** |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. _____
**Stayton SW Assisted Living, L.L.C.** )
) **EXHIBIT "C-1"**
)
) [NOTE: Must be <u>FULLY</u> completed by <u>ALL</u> debtors
Debtor(s) ) and attached to <u>ALL</u> copies of the Petition.]

**(NOTE: You must answer ALL questions. Attach additional sheets if necessary. Use of "UNKNOWN" is <u>NOT</u> acceptable!)**

1. DESCRIBE ASSETS REQUIRING TRUSTEE'S IMMEDIATE ATTENTION:
   **NONE**

2. Street address and description of principal assets (note property):
   **2201 3rd Avenue**
   **Stayton OR 97383-0000**

3. **The BANKRUPTCY DOCUMENT PREPARER DECLARATION below has been completed for any person who helped, for compensation, prepare any of the bankruptcy papers if the debtor does <u>not</u> have an attorney.**

I declare under penalty of perjury that the above information provided in this Exhibit "C-1" is true and correct.

DATE:   **December 1, 2008**      **/s/ Jon M. Harder**            **(503) 375-9016**            _____
                                 Debtor's Signature                Phone #            Joint Debtor's Signature

**BANKRUPTCY DOCUMENT PREPARER DECLARATION**

**I, the undersigned, declare under penalty of perjury that (1) neither I, nor anyone else listed herein, collected or received any payment from or on behalf of the debtor for court fees in connection with filing the petition; (2) I have received $_____ from or on behalf of the debtor within the previous 12 month period; (3) $_____ is the unpaid fee charged to the debtor; and (4) the following is true and accurate about myself and any other assistants:**

Individual Name <u>and</u> Firm (Type or Print): _____
Address (Type or Print): _____
Last 4 digits of Social Security Number of all OTHER individuals who prepared or assisted in the preparation of these bankruptcy documents:
_____

Signature: _____ Last 4 digits of Social Security #: _____ Phone #: _____
**[NOTE: Penalties up to $500 per item may be assessed for omission of any required information (11 USC §110; 18 USC §156) and Fed. Bankruptcy Rule 1006 prohibits further payment to any person for services until the court filing fees are paid in full.]**

EXHIBIT C-1 (8/8/08)

# United States Bankruptcy Court
## District of Oregon

In re  **Stayton SW Assisted Living, L.L.C.**                              Case No.
                                    Debtor(s)                              Chapter     **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **amount determined in accordance with hourly rates as approved by the Court** |
   | Prior to the filing of this statement I have received | $ **58,333.33** |
   | Balance Due | $ **to be determined by Order of the Court** |

2. The source of the compensation paid to me was:

   ☒ Debtor          ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☒ Debtor          ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
      **General representation of Debtor in regard to the Ch. 11 case.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Certain contemplated adversary proceedings which debtor may wish to prosecute on a contingent fee basis.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **December 1, 2008**                       **/s/ Leon Simson**
                                                    **Leon Simson OSB No. 75342**
                                                    **Tonkon Torp LLP**
                                                    **1600 Pioneer Tower**
                                                    **888 SW Fifth Ave**
                                                    **Portland, OR 97204-2099**
                                                    **503-802-2067   Fax: 503-972-3767**
                                                    **leon.simson@tonkon.com**

---

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Oregon

In re   **Stayton SW Assisted Living, L.L.C.**                         Case No.
                                                    Debtor(s)           Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Liberty Mutual Insurance<br>Attn: Tina Parrett<br>8430 W Bryn Mawr Ave, 3rd<br>Chicago, IL 61631 | Liberty Mutual Insurance<br>Attn: Tina Parrett<br>8430 W Bryn Mawr Ave, 3rd<br>Chicago, IL 61631<br>Telephone: 541-687-4799<br>Fax: 541-687-4718 | Trade Debt | | 21,926.31 |
| Sysco Food Services of Portland<br>Attn: Greg Wolf<br>Acct #356964<br>26250 SW Pkwy Center Dr<br>Wilsonville, OR 97070 | Sysco Food Services of Portland<br>Attn: Greg Wolf<br>Acct #356964<br>26250 SW Pkwy Center Dr<br>Wilsonville, OR 97070<br>Telephone: 503-682-4869<br>Fax: 503-682-6699 | Trade Debt | | 20,524.84 |
| Alliance Insurance Group<br>Attn:  Tina Parrett<br>911 Country Club Rd<br># 340<br>Eugene, OR  97401 | Alliance Insurance Group<br>Attn:  Tina Parrett<br>911 Country Club Rd<br># 340<br>Eugene, OR  97401<br>Telephone: 541-687-4799<br>Fax: 541-687-4718 | Trade Debt | | 17,473.73 |
| Capital Premium Finance<br>Attn: Sarah Bush<br>ACCT#CAP-076343<br>POB 1020<br>Draper, UT  84020 | Capital Premium Finance<br>Attn: Sarah Bush<br>ACCT#CAP-076343<br>POB 1020<br>Draper, UT  84020<br>Telephone: 800-767-0705<br>Fax: 800-700-3170 | Trade Debt | | 4,392.19 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Stayton SW Assisted Living, L.L.C.**                                    Case No. _____
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| OHCA<br>Attn: Linda Kirschbaum<br>11740 SW 68th Pkwy<br># 250<br>Portland, OR  97223-9062 | OHCA<br>Attn: Linda Kirschbaum<br>11740 SW 68th Pkwy<br># 250<br>Portland, OR  97223-9062<br>Telephone: 503-726-5260<br>Fax: 503-726-5259 | Trade Debt | | 3,329.16 |
| Former Resident #SSWAL-1<br>Address Redacted | Former Resident #SSWAL-1<br>Address Redacted | Resident Refund | | 2,685.62 |
| TruGreen Landcare<br>Attn: Cheri Rawlings<br>POB 100186<br>Pasadena, CA  91189-0186 | TruGreen Landcare<br>Attn: Cheri Rawlings<br>POB 100186<br>Pasadena, CA  91189-0186<br>Telephone: 541-928-1283<br>Fax: 541-928-1182 | Trade Debt | | 2,083.00 |
| Former Resident #SSWAL-2<br>Address Redacted | Former Resident #SSWAL-2<br>Address Redacted | Resident Refund | | 1,699.63 |
| Former Resident #SSWAL-3<br>Address Redacted | Former Resident #SSWAL-3<br>Address Redacted | Resident Refund | | 1,510.84 |
| Illustratus<br>Attn: Adrian Robertson<br>10983 Granada Ln<br>Overland Park, KS  66211 | Illustratus<br>Attn: Adrian Robertson<br>10983 Granada Ln<br>Overland Park, KS  66211<br>Telephone: 913-754-4200<br>Fax: 913-754-4239 | Trade Debt | | 1,426.15 |

B4 (Official Form 4) (12/07) - Cont.
In re  **Stayton SW Assisted Living, L.L.C.**                                    Case No.  _____
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Grove Mueller and Swank PC<br>Attn: Vicki Holland<br>POB 2122<br>Salem, OR  97308-2122 | Grove Mueller and Swank PC<br>Attn: Vicki Holland<br>POB 2122<br>Salem, OR  97308-2122<br>Telephone: 503-581-7788<br>Fax: 503-581-0152 | Trade Debt | | 1,300.00 |
| C and D Landscape Co<br>Attn:  Isaac Kearns<br>16800 NE McDougall Rd<br>Dayton, OR  97114 | C and D Landscape Co<br>Attn:  Isaac Kearns<br>16800 NE McDougall Rd<br>Dayton, OR  97114<br>Telephone: 503-864-3551<br>Fax: 503-864-4428 | Trade Debt | | 1,005.00 |
| Medline Industries Inc<br>Attn: Brian Koci<br>Acct #1161408 - Dept 1080<br>POB 121080<br>Dallas, TX 75312-1080 | Medline Industries Inc<br>Attn: Brian Koci<br>Acct #1161408 - Dept 1080<br>POB 121080<br>Dallas, TX 75312-1080<br>Telephone: 800-388-2147<br>Fax: 847-949-3180 | Trade Debt | | 957.25 |
| NW Natural Gas<br>Attn:  Accounts Receivable<br>Acct # 1048887-2<br>POB 6017<br>Portland, OR  97228-6017 | NW Natural Gas<br>Attn:  Accounts Receivable<br>Acct # 1048887-2<br>POB 6017<br>Portland, OR  97228-6017<br>Telephone: 503-721-2512<br>Fax: 503-220-2584 | Trade Debt | | 900.81 |
| The Home Depot Supply<br>Attn:  Sonya Norton<br>Acct # 1504007<br>POB 509058<br>San Diego, CA  92150-9058 | The Home Depot Supply<br>Attn:  Sonya Norton<br>Acct # 1504007<br>POB 509058<br>San Diego, CA  92150-9058<br>Telephone: 800-798-8888<br>Fax: 800-930-4930 | Trade Debt | | 858.75 |
| Former Resident #SSWAL-4<br>Address Redacted | Former Resident #SSWAL-4<br>Address Redacted | Resident Refund | | 711.27 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Stayton SW Assisted Living, L.L.C.**  　　　　　　　　　　　　　Case No.  _____

　　　　　　　　　　　　　　Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Otis Elevator Co<br>Attn: Tina<br>Cust #394006 – Contract #SPS07162<br>POB 73579<br>Chicago, IL  60673-7579 | Otis Elevator Co<br>Attn: Tina<br>Cust #394006 – Contract #SPS07162<br>POB 73579<br>Chicago, IL  60673-7579<br>Telephone: 503-639-7045<br>Fax: 503-597-3668 | Trade Debt | | 702.18 |
| Allied Waste<br>Attn: Accounts Receivable<br>Acct # 3-0456-3006678<br>POB 608<br>Woodburn, OR  97071 | Allied Waste<br>Attn: Accounts Receivable<br>Acct # 3-0456-3006678<br>POB 608<br>Woodburn, OR  97071<br>Telephone: 503-981-1278<br>Fax: 503-982-7930 | Trade Debt | | 633.90 |
| Mt Hood Solutions<br>Attn: Mike Mulfur<br>Acct #000889<br>14546 N Lombard St<br>Portland, OR  97203-6462 | Mt Hood Solutions<br>Attn: Mike Mulfur<br>Acct #000889<br>14546 N Lombard St<br>Portland, OR  97203-6462<br>Telephone: 503-227-3505<br>Fax: 503-225-9143 | Trade Debt | | 626.35 |
| Direct Supply<br>Attn: Kim Stuh<br>POB 88201<br>Milwaukee, WI  53288 | Direct Supply<br>Attn: Kim Stuh<br>POB 88201<br>Milwaukee, WI  53288<br>Telephone: 800-634-7338<br>Fax: 800-250-1961 | Trade Debt | | 426.90 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Stayton SW Assisted Living, L.L.C.**            Case No. _____
                                           Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **December 1, 2008**            Signature   **/s/ Jon M. Harder**
                                                              **Jon M. Harder**
                                                              **Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

| | |
|---|---|
| 1 | **Leon Simson,** OSB No. 753429 |
| | (Lead Attorney) |
| 2 |    Direct Dial:  (503) 802-2067 |
| |    Facsimile:   (503) 972-3767 |
| 3 |    E-Mail:      leon.simson@tonkon.com |
| | **Albert N. Kennedy**, OSB No. 821429 |
| 4 |    Direct Dial:  (503) 802-2013 |
| |    Facsimile:   (503) 972-3713 |
| 5 |    E-Mail:      al.kennedy@tonkon.com |
| | **Timothy J. Conway**, OSB No. 851752 |
| 6 |    Direct Dial:  (503) 802-2027 |
| |    Facsimile:   (503) 972-3727 |
| 7 |    E-Mail:      tim.conway@tonkon.com |
| | **TONKON TORP LLP** |
| 8 | 1600 Pioneer Tower |
| | 888 S.W. Fifth Avenue |
| 9 | Portland, OR 97204 |
| 10 |      Attorneys for Debtor |

11

12           IN THE UNITED STATES BANKRUPTCY COURT

13                 FOR THE DISTRICT OF OREGON

| | | | |
|---|---|---|---|
| 14 | In re | ) | Case No. |
| | | ) | |
| 15 | Stayton SW Assisted Living, L.L.C., dba | ) | **CERTIFICATE OF SERVICE OF** |
| | Lakeside Assisted Living Community, | ) | **LIST OF CREDITORS HOLDING** |
| 16 | | ) | **20 LARGEST UNSECURED** |
| |               Debtor. | ) | **CLAIMS ON THE U.S. TRUSTEE** |

17

18       I hereby certify that I served (1) a copy of the **LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS,** (2) pre-addressed, stamped envelopes for the debtor, debtor's attorney, and a contact person for each creditor on the List, and (3) this Certificate of Service on the U.S. Trustee at 620 S.W. Main Street, Room 213, Portland, OR 97205 by mailing a copy thereof in a sealed, first-class postage prepaid envelope on the date set forth below.

21       DATED this 1st day of December, 2008.

22                                  TONKON TORP LLP

23

24                              By */s/ Leon Simson*
                                Leon Simson, OSB No. 753429
25                                 Albert N. Kennedy, OSB No. 821429
                                Timothy J. Conway, OSB No. 851752
26                                 Attorneys for Debtor
080000\02013\1291108 V001

**Page 1 of 1** - CERTIFICATE OF SERVICE OF LIST OF CREDITORS HOLDING 20 LARGEST
                UNSECURED CLAIMS ON THE U.S. TRUSTEE