1   **Leon Simson,** OSB No. 753429
    (Lead Attorney)
2       Direct Dial:  (503) 802-2067
        Facsimile:   (503) 972-3767
3       E-Mail:      leon.simson@tonkon.com
    **Albert N. Kennedy,** OSB No. 821429
4       Direct Dial:  (503) 802-2013
        Facsimile:   (503) 972-3713
5       E-Mail:      al.kennedy@tonkon.com
    **Timothy J. Conway,** OSB No. 851752
6       Direct Dial:  (503) 802-2027
        Facsimile:   (503) 972-3727
7       E-Mail:      tim.conway@tonkon.com
    **TONKON TORP LLP**
8   1600 Pioneer Tower
    888 S.W. Fifth Avenue
9   Portland, OR  97204

10      Attorneys for Debtor

11

12              IN THE UNITED STATES BANKRUPTCY COURT

13                  FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| 14 | In re | ) | Case No. 08-36637-tmb11 |

14  In re                              )  Case No. 08-36637-tmb11
                                       )
15  Stayton SW Assisted Living, L.L.C. dba  )  **DEBTOR'S APPLICATION FOR**
    Lakeside Assisted Living Community,     )  **ORDER APPROVING**
16                                     )  **(1) EMPLOYMENT OF CLYDE A.**
                Debtor.                )  **HAMSTREET & ASSOCIATES,**
17                                     )  **LLC AS INTERIM MANAGEMENT**
                                       )  **AND RESTRUCTURING**
18                                     )  **CONSULTANT AND**
                                       )  **(2) APPOINTMENT OF CLYDE**
19                                     )  **HAMSTREET AS CHIEF**
                                       )  **RESTRUCTURING OFFICER**
20  _____   )

21          Stayton SW Assisted Living, L.L.C. dba Lakeside Assisted Living

22  Community ("Debtor"), as debtor in possession, hereby applies to the Court for an order

23  approving (1) the employment of Clyde A. Hamstreet & Associates, LLC ("Hamstreet") as

24  Debtor's interim management and restructuring consultant, and (2) the appointment of Clyde

25  Hamstreet as Debtor's Chief Restructuring Officer (the "CRO"), in each case, substantially

26  on the terms set forth in the CRO Engagement Agreement, a copy of which is attached hereto

**Page 1 of 4 -**   DEBTOR'S APPLICATION FOR ORDER APPROVING (1) EMPLOYMENT OF CLYDE A.
HAMSTREET & ASSOCIATES, LLC AS INTERIM MANAGEMENT AND RESTRUCTURING
CONSULTANT AND (2) APPOINTMENT OF CLYDE HAMSTREET AS CHIEF RESTRUCTURING
OFFICER                    **Tonkon Torp** LLP
                         888 SW Fifth Avenue, Suite 1600
                           Portland, Oregon 97204
                              503-221-1440

1    as Exhibit 1 (the "CRO Engagement Agreement"). Debtor makes this Application pursuant

2    to 11 U.S.C. § 327 and Rule 2014 of the Federal Rules of Bankruptcy Procedure and

3    respectfully represents as follows:

4              1.    On December 1, 2008 (the "Petition Date"), Debtor filed a voluntary

5    petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code.

6    Pursuant to Sections 1107 and 1108 of the Code, Debtor continues to operate its business and

7    manage its property as debtor and debtor in possession. No trustee or examiner has been

8    requested or appointed in Debtor's case.

9              2.    Debtor is an Oregon limited liability company operating in Stayton,

10   Oregon. Debtor is engaged in all aspects of operating a residential assisted living facility,

11   including providing meals, housekeeping, transportation, and activities for its residents.

12             3.    Debtor is part of an affiliated group of companies that owns and

13   manages approximately 280 senior housing facilities throughout the United States. Sunwest

14   Management, Inc., an Oregon corporation ("Sunwest"), provides management services to the

15   affiliated group.

16             4.    On October 20, 2008, Hamstreet began providing interim management

17   and restructuring consulting services to Sunwest and certain of its affiliates, including

18   Debtor. On October 30, 2008, and November 13, 2008, Sunwest paid Hamstreet retainer

19   deposits in the amounts of $10,000 and $150,000, respectively.

20             5.    On November 20, 2008, Hamstreet, Sunwest, and certain insiders

21   entered into the CRO Engagement Agreement. Under the CRO Engagement Agreement,

22   among other things, Clyde Hamstreet was appointed as CRO of Sunwest and certain of its

23   affiliates, including Debtor. The parties presently are negotiating amendments to the

24   CRO Engagement Agreement that will fix the terms of Hamstreet's Transaction Fees, as well

25   as make technical corrections. This Application will be supplemented promptly after the

26   * * *

**Page 2 of 4 -**   DEBTOR'S APPLICATION FOR ORDER APPROVING (1) EMPLOYMENT OF CLYDE A.
HAMSTREET & ASSOCIATES, LLC AS INTERIM MANAGEMENT AND RESTRUCTURING
CONSULTANT AND (2) APPOINTMENT OF CLYDE HAMSTREET AS CHIEF RESTRUCTURING
OFFICER   **Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1   Amended and Restated CRO Engagement Agreement is signed to include an executed copy

2   thereof.

3           6.      Debtor believes Hamstreet is well suited for this work.  Hamstreet is a

4   leader in the national turnaround industry with substantial expertise in corporate finance,

5   management, restructuring and turnarounds.

6           7.      Subject to Court approval, Debtor has agreed to compensate Hamstreet

7   on an hourly basis in accordance with Hamstreet's ordinary and customary hourly rates in

8   effect on the date services are rendered.  In addition, Hamstreet will seek payment of

9   Transaction Fees according to formulas that presently are being negotiated and will be

10  subject to court approval. The professionals who will be primarily responsible for providing

11  these services and their hourly billing rates are as follows:

|                  |          |
|------------------|----------|
| Clyde Hamstreet  | $475.00  |
| Shirley Dunn     | $360.00  |
| Mark Schmidt     | $350.00  |
| Gary Lawrence    | $350.00  |
| Maren Cohn       | $300.00  |
| Tom Tomjack      | $350.00  |
| Paul Ceserani    | $320.00  |

16          8.      Hamstreet will maintain contemporaneous time records of fees and

17  expenses incurred in rendering its services, and payment of such fees and expenses will be

18  subject to application and approval of the Court.

19          9.      To the best of Debtor's knowledge, except as stated in Hamstreet's

20  Rule 2014 Verified Statement of Proposed Professional, Hamstreet has no other connection

21  with Debtor, its creditors, any other party in interest, or their respective attorneys or

22  accountants, the United States trustee, or any person employed in the office of the United

23  States Trustee.

24          10.     Debtor has provided notice of this Application to its secured creditors,

25  the 20 largest unsecured creditors, and the United States Trustee.  No unsecured creditors'

26  committee has yet been appointed in this case.  Because of the nature of the relief requested,

**Page 3 of 4 -**   DEBTOR'S APPLICATION FOR ORDER APPROVING (1) EMPLOYMENT OF CLYDE A.
            HAMSTREET & ASSOCIATES, LLC AS INTERIM MANAGEMENT AND RESTRUCTURING
            CONSULTANT AND (2) APPOINTMENT OF CLYDE HAMSTREET AS CHIEF RESTRUCTURING
            OFFICER  **Tonkon Torp** LLP
            888 SW Fifth Avenue, Suite 1600
            Portland, Oregon 97204
            503-221-1440

1   Debtor respectfully submits that no further notice of the relief requested is necessary or

2   required under the circumstances.

3           For the reasons stated in this Application, Debtor requests that the Court enter

4   an order, effective as of the Petition Date, approving the employment of Hamstreet in this

5   Chapter 11 case as Debtor's interim management and restructuring consultant and approving

6   the appointment of Clyde Hamstreet as its CRO, in each case on the terms set forth in the

7   CRO Engagement Agreement, as the same is amended, with compensation and

8   reimbursement of expenses to be paid as an administrative expense in such amounts as may

9   be allowed by this Court after notice and hearing pursuant to Section 330 of the Bankruptcy

10  Code or as otherwise provided by Court order.

11          DATED this 8th day of December, 2008.

12                          TONKON TORP LLP

13

14                          By /s/ Albert N. Kennedy
                               Leon Simson, OSB No. 753429 (Lead Attorney)
15                             Albert N. Kennedy, OSB No. 82142
                               Timothy J. Conway, OSB No. 85175
16                             888 S.W. Fifth Avenue, Suite 1600
                               Portland, OR  97204-2099
17                             Telephone:   503-221-1440
                               Facsimile:   503-274-8779
18                             E-mail:      leon.simson@tonkon.com
                                            al.kennedy@tonkon.com
19                                          tim.conway@tonkon.com

20                          Attorneys for Debtor

21

22  034618\00002\1304550 V001

23

24

25

26

**Page 4 of 4 -**   DEBTOR'S APPLICATION FOR ORDER APPROVING (1) EMPLOYMENT OF CLYDE A.
            HAMSTREET & ASSOCIATES, LLC AS INTERIM MANAGEMENT AND RESTRUCTURING
            CONSULTANT AND (2) APPOINTMENT OF CLYDE HAMSTREET AS CHIEF RESTRUCTURING
            OFFICER

# EXHIBIT 1

# CRO ENGAGEMENT AGREEMENT

This CRO Engagement Agreement (this "Agreement"), dated as of November 20, 2008, is entered into among Clyde A. Hamstreet & Associates, LLC, an Oregon limited liability company ("Hamstreet") with its principal offices located at One SW Columbia, Suite 1885, Portland, OR 97258; Sunwest Management, Inc., an Oregon corporation ("Sunwest") with its principal offices located at 3723 Fairview Industrial Drive SE, Suite 270, Salem OR 97302-0006; and Jon M. Harder, Darryl E. Fisher, and J. Wallace Gutzler, the notice address of each of whom is c/o Sunwest Management, Inc., 3723 Fairview Industrial Drive SE, Suite 270, Salem OR 97302-0006 (each an "Equityholder" and collectively the "Equityholders").

## Recitals

A.    Sunwest provides management services to approximately 280 senior housing facilities located throughout the United States.  Such facilities are owned and operated by separate legal entities, substantially all of which are owned, in whole or in part, by the Equityholders.  The Equityholders also own, in whole or in part, a substantial number of non-senior housing entities.  All such senior housing and non-senior housing entities are set forth on **Exhibit A –Legal Entities** attached hereto (each an "Affiliate" and collectively the "Affiliates"). **Exhibit A –Legal Entities** also shows the shares of stock, limited liability company interests and partnership interests in the Affiliates that are owned or controlled by the Equityholders.  One or more of the Equityholders acts as a manager of substantially all of the Affiliates that are organized as limited liability companies, and one or more of the Equityholders also may act as an officer of those Affiliates that are organized as corporations.

B.    Sunwest and certain Affiliates are experiencing financial difficulties and need professional interim management and restructuring assistance.

C.    The Equityholders have requested that Hamstreet provide professional interim management and restructuring assistance to Sunwest and the Affiliates and that Clyde Hamstreet act as the Chief Restructuring Officer of Sunwest and the Affiliates (sometimes referred to herein as the "CRO").  For purposes of this Agreement, Sunwest and all Affiliates are referred to herein collectively as the "Client" or the "Company."

D.    Hamstreet is willing to provide professional interim management and restructuring services to the Client, and Sunwest and the Equityholders, acting for and on behalf of the Affiliates, desire to engage Hamstreet to provide such services, on the terms and subject to the conditions set forth in this Agreement.

## Agreement

THEREFORE, intending to be legally bound, the parties agree:

I.    Establishment of Independent Board.

A.    Client and the Equityholders agree to use their best efforts to recruit and appoint a board of at least three individuals (the "Independent Board") to which the CRO will report as provided herein. The Independent Board will be comprised of individuals who, in each case, (i) is not and has not been an officer, director, manager, member or employee of Sunwest or any

Affiliate, (ii) is not a creditor of or a holder of any equity interest in Sunwest or any Affiliate, and (iii) does not hold, directly or indirectly, any equity interest in any creditor or equity interest holder described in clause (ii) above.

1.2    The Independent Board, with at least three members (each a "Board Member"), shall take office no later than December 15, 2008.

1.3    There shall be at all times at least three (3) Board Members, subject to any vacancy pending the appointment of a successor Board Member under the circumstances contemplated below. Any Board Member (and any successor Board Member) may at any time resign by notifying the CRO, the Equityholders and other Board Members in writing of such resignation. Upon the death, incapacity or resignation of any Board Member, the other Board Members shall use their best efforts to appoint a successor Board Member as soon as is reasonably possible, which successor shall not be an Equityholder and shall otherwise meet the requirements set forth in Section 1.1 above. The remaining Board Members shall promptly notify the CRO and the Equityholders of any such appointment. In the event that the Independent Board has not been appointed by December 15, 2008, or that all Board Members shall have thereafter died, become incapacitated or resigned, the CRO shall have the right to appoint initial or successor Board Members who shall not be Equityholders and who shall otherwise meet the requirements set forth in Section 1.1 above, subject to the approval of such individuals by a majority (two of the three) of the Equityholders, which approval shall not be unreasonably withheld. Matters considered by the Independent Board shall be deemed approved thereby if such matters are approved by a majority of the members of the Independent Board, except when less than three (3) individuals are then serving on the Independent Board, in which case such matters must be unanimously approved.

1.4    The functions of the Independent Board shall be to:

(a)    Oversee the activities of the CRO in implementing the Restructuring Plan attached hereto as **Exhibit B – Restructuring Plan** (as amended, revised or supplemented and in effect from time to time, the "Restructuring Plan").

(b)    Give advice and recommendations to the CRO on issues that are presented to the Independent Board by the CRO from time to time, particularly with regard to (i) the disposition, liquidation, write-off or sale of assets; (ii) the pursuit of litigation claims on behalf of the Company; (iii) approval of budgets (including the projected compensation of the CRO, fees to professionals and other costs); and (iv) use or distribution of monies received by Sunwest and the Affiliates.

(c)    Consider and, if appropriate, approve any material changes to the Restructuring Plan as may be proposed by the CRO.

(d)    If determined advisable by the Independent Board, terminate the CRO and this Agreement as provided herein.

(e)    Provide such recommendations and authorize, approve and/or take such other actions as may be expressly contemplated for the Independent Board by this Agreement.

2.    Hamstreet's Services; CRO's Powers.

2.1    The Client hereby engages Hamstreet for the purposes of providing interim management and restructuring consulting services as more specifically described in this Section 2.    Hamstreet may provide ancillary services under this Agreement as requested by the CRO through the individuals listed in the attached **Schedule 1: Base Compensation** or through such other persons as Hamstreet may designate from time to time.  Hamstreet's sole obligation under this Agreement is to the Client, and any advice (written or oral) given by Hamstreet to the Client in connection with its engagement under this Agreement is solely for the use and benefit of the Client.

2.2    Clyde Hamstreet is hereby appointed as Chief Restructuring Officer of Sunwest and of all Affiliates.  As CRO, he is authorized and directed to take all actions that are reasonably necessary or desirable to implement and accomplish the purposes of the Restructuring Plan, as it may be amended, revised or supplemented from time to time with the approval of the Independent Board.  Subject only to the powers reserved to the Independent Board, the CRO shall have the authority to exercise all rights and powers which could otherwise be exercised by the executive officers or managers, as the case may be, of Sunwest and of the Affiliates in performing the CRO's duties under this Agreement (including implementing the Restructuring Plan), in each instance, to the fullest extent permissible by law and by the terms of the operating agreement or other organizational documents.  The CRO shall have such rights and powers as of the date of this Agreement, notwithstanding that the Independent Board has not been established.  Without limiting the generality of the foregoing, the CRO is empowered to do the following, in each case in a manner consistent with the Restructuring Plan as in effect from time to time:

(a)    Obtain financing, sell or otherwise dispose of the Company's assets, authorize the defense and prosecution of lawsuits, consent to foreclosure of liens on such assets, and wind up the affairs of Affiliates.

(b)    Oversee and direct day-to-day operational and financial management of the Client.

(c)    Cause Client to enter into contracts and to modify or amend agreements of the Client.

(d)    Hire and discharge employees and management of Client, provided that written notice shall be provided to the Independent Board at least ten (10) days in advance of proposed personnel changes (which period may be shortened upon agreement of the Independent Board).

(e)    Authorize and approve the disbursement of funds of Client to lenders, tenants in common, trade creditors, Equityholders and others.

(f)    Direct communications with Client's lenders, lessors, vendors, employees, owners, and other interested parties, including governmental and regulatory authorities.

(g)    Engage and terminate the services of the professional advisors to the Company.

(h)    Collect, for the benefit of the Company, all dividends and other distributions that are at any time paid or payable on account any stock, limited liability company ownership interest or partnership interest in any of the Affiliates which are owned or controlled by an Equityholder and determine how the proceeds thereof will be used.

2.3    The Equityholders shall cause the CRO to be duly elected or appointed to the office of Chief Restructuring Officer in accordance with the governing documents of the Client and, if necessary, shall cause proper resolutions of the Client to be adopted that authorize the CRO to perform the duties set forth in this Agreement, subject to such approval of other managers and/or members of the Affiliates as may be required. If requested by the Independent Board and CRO, the Equityholders shall use their best efforts to cause the CRO to be duly elected or appointed as manager of each Affiliate.

2.4    The CRO shall be afforded the same insurance coverage and indemnification rights as any manager, officer or director of the Client, as Client shall have in effect from time to time, and such coverage shall begin as provided in Section 14.4 of this Agreement.

2.5    The CRO shall notify each governmental or regulatory agency as may be mandatory or as may be requested by any of the Client's professional advisors ("Required Regulatory Notice Parties") of his appointment hereunder. The CRO is authorized to provide a copy of this Agreement to such persons and entities as he may determine, including the Required Regulatory Notice Parties.

2.6    Anything herein to the contrary notwithstanding, Hamstreet and the CRO shall have:

(a)    No authority to bind an Affiliate with regard to the sale of substantially all of its assets other than as contemplated by the Restructuring Plan or as approved by the Independent Board, and subject to such other third party consents or approvals as may be required.

(b)    No authority to enter into a consent decree, civil compromise, or other binding undertaking with governmental authorities, including federal or state securities regulators and federal or state prosecutorial agencies, other than state regulatory authorities having jurisdiction over the licensing and operation of the Client's businesses, except as approved by the Independent Board.

(c)    No duty and no responsibility with respect to regulatory compliance matters, including without limitation, (i) compliance with applicable federal, state or local statutes, ordinances, regulations, orders and requirements of common law in any way affecting or pertaining to health, safety or the environment, (ii) filings with federal and state securities authorities, or (iii) filings and payments to federal, state, and local taxing authorities, except that, without any duty of investigation, the CRO shall report to the Independent Board any incidents of gross negligence or willful misconduct relating to the financial affairs of the Company or any knowing violation of the law by any director, officer, manager, or executive level employee of the Company (whether any such incident or knowing violation occurred before or occurs after the date of this Agreement), in each instance, to the extent, if any, that the CRO has or acquires actual knowledge thereof.

2.7   To the extent that management powers are given to the CRO hereunder, none of Client's executive officers or managers (including the Equityholders) shall have the right to exercise any such powers.

3.   Equityholders' Assignment of Distribution Rights.

3.1   Each Equityholder hereby assigns to the CRO, as agent for the Company, all of his right, title and interest in and to all cash and noncash proceeds of the shares of stock, limited liability company ownership interests and partnership interests in the Affiliates which are owned or controlled by such Equityholder that are paid or payable from time to time on account of such equity interests, including (without limitation) all dividends and other distributions. The assignment of funds by the Equityholders to the CRO, as agent for the Company, shall be treated as a loan by the Equityholder to the specific Company that actually receives the funds. If an Equityholder at any time receives any such proceeds, the property so received shall be held in trust for the Company, shall be segregated from and not commingled with other funds or property and shall be forthwith delivered to the CRO in the same form as so received with any necessary indorsements.

3.2   Notwithstanding the provisions in Section 3.1, the CRO shall, from time to time, cause the Company to pay to each Equityholder, out of the proceeds actually received by the Company on account of such Equityholder's equity interests, amounts that the CRO or Independent Board determine is reasonable and necessary for such Equityholder's living expenses, taxes, legal, accounting and other professional fees and expenses, and such other amounts as may be approved by the Independent Board.

3.3   Each Equityholder hereby irrevocably appoints the CRO as his attorney-in-fact, with full authority in the place and stead of the Equityholder and in the name of the Equityholder, any Affiliate, the CRO or otherwise, from time to time at the CRO's discretion, to take any action and to execute and deliver any instrument that the CRO may reasonably deem necessary or advisable to secure or enforce the rights granted in Section 3.1 above. Without limiting the generality of the foregoing, the CRO may receive, indorse and collect all instruments made payable to an Equityholder representing any dividend or other distribution on account of such Equityholder's equity interests in the Affiliates and give full discharge for the same.

3.4   Each Equityholder covenants and agrees that he will not sell, assign or otherwise transfer to any person or entity, other than to the Company as directed by the CRO, any right, title or interest in any shares of stock, limited liability company ownership interests or partnership interests in the Affiliates, without, in each case, the prior, written consent of the CRO, which consent may be withheld or delayed in the CRO's unfettered discretion.

3.5   Each Equityholder agrees that, from time to time, he will promptly execute and deliver all further instruments and documents, and take all further action that may be necessary or reasonably desirable, or that the CRO may reasonably request, in order to enable the CRO to realize the benefits of the rights granted in this Section 3.

3.6   Each Equityholder hereby authorizes the CRO to file one or more financing statements relative to the rights assigned under Section 3.1 above.

3.7   The Equityholders, and each of them, acknowledge and agree that the CRO will have the right to determine how the proceeds received by the CRO, as agent for the

Company, will be used for implementing the Restructuring Plan. The CRO may, among other things, hold and accumulate some or all such proceeds in designated bank accounts pending a determination as to their use and distribute the proceeds to any of the Affiliates or to such other entities that may be formed for the purposes of implementing the Restructuring Plan.

4.    Reporting Responsibility. The CRO shall report only to the Independent Board. The actions and decisions of the CRO shall not be subject to review by any officer, director, manager or employee of the Client.

5.    Regulatory Compliance.    All regulatory compliance decisions are the responsibility of Client. Except as otherwise specifically provided herein, neither Hamstreet nor the CRO shall have any duty, responsibility or liability with respect to regulatory compliance matters, including, without limitation, (a) compliance with applicable federal, state or local statutes, ordinances, regulations, orders and requirements of common law in any way affecting or pertaining to health, safety or the environment, or (b) filings with federal and state securities authorities and federal, state and local taxing authorities.

6.    Termination.

6.1    Hamstreet's engagement may be terminated, for any or no reason whatsoever, at any time on ten (10) business days' prior written notice to Hamstreet by the Independent Board, provided that such notice shall also be provided to the Required Regulatory Notice Parties.

6.2    Hamstreet may terminate its engagement hereunder and Clyde Hamstreet may resign as CRO of Sunwest or of all or any of the Affiliates, in each case for any or no reason whatsoever, at any time on ten (10) business days' written notice to the Independent Board, provided that such notice shall also be provided to each Required Regulatory Notice Party.

6.3    All provisions of this Agreement, other than Sections 2 and 3, shall survive the termination of this Agreement.

7.    Disclosure. Hamstreet has many relationships in the business community involving lenders, law firms, accounting firms, consulting firms, independent consultant contractors, and others. These relationships may include Hamstreet in the past or currently: receiving client referrals, providing client referrals, providing or receiving professional services, employing employees or contractors or serving as a contractor, and other types of relationships. These relationships may include lenders, professionals or others that have a connection with Client and/or Hamstreet's services provided under this Agreement. Such relationships are expected to continue and new ones may begin during the provision of services hereunder. Hamstreet represents that its independence in providing services hereunder is not compromised by such relationships, and is willing to confer with Client at Client's request concerning the specific nature of any such relationships Hamstreet may have.

8.    Information and Access.

8.1    Hamstreet shall have full access to all personnel, books, and records of and advisors to the Client and, if Hamstreet so desires, a working relationship with the entire internal organization of Client. Sunwest and the Equityholders ("Contracting Parties") represent and warrant that, except as disclosed to Hamstreet in writing, all information made available to Hamstreet will, to the best of their knowledge, at all times during the period of the engagement

of Hamstreet under this Agreement be complete and correct in all material respects and will not contain any untrue statement of material fact or omit to state a material fact necessary in order to make the statements therein not misleading in the light of the circumstances under which such statements are made. The Contracting Parties further represent and warrant that any projections or other information provided to Hamstreet will have been prepared in good faith and will be based on assumptions which, in light of the circumstances under which they are made, are reasonable, although it is recognized that projections are based on assumptions that may or may not prove to be accurate. The Contracting Parties acknowledge that, in rendering its services hereunder, Hamstreet will be using and relying on the information (and information available from public sources and other sources deemed reliable by Hamstreet) without independent verification thereof by Hamstreet or independent appraisal by Hamstreet of any of the Client's assets. Hamstreet does not assume responsibility for the accuracy or completeness of the information or any other information regarding the Client.

8.2    The CRO shall promptly provide the Independent Board, or any Board Member, with access to personnel, books and records of the Company and to advisors to the Company, together with such other information as may be reasonably requested by the Independent Board, or by such Board Member.

9.    Compensation.

9.1    Subject to Section 9.3 below, Hamstreet shall be compensated for its services and shall be reimbursed for its expenses under this Agreement as set forth in Section 9.2 and on the attached **Schedule 1: Base Compensation**. Except for Transaction Fees, which shall in no event be greater than $3,500,000, and shall be payable as provided in **Schedule 2: Transaction Fees**, Hamstreet's fees and expenses will be billed and will be payable as provided in Section 9.2 and **Schedule 1: Base Compensation**.

9.2    Reimbursable expenses include costs of travel and travel related expenses, printing and reproduction, long-distance communications (including facsimile), courier, overnight and other delivery services. The reasonable fees and expenses of attorneys consulted or engaged by Hamstreet to assist it under this Agreement shall be reimbursable expenses and services of other third parties consulted or engaged by Hamstreet to assist it under this Agreement shall be reimbursable provided that such consultation or engagement has been approved by the Independent Board. Notwithstanding the foregoing, the legal expenses of Hamstreet in negotiating the terms of this Agreement, up to $15,000, shall be reimbursed by the Client upon demand.

9.3    Client has paid Hamstreet an initial payment of $150,000 (the "Retainer"), 50% of which shall be earned on receipt such that if Hamstreet's engagement under this Agreement is terminated before it has earned fees based on hourly rates totaling $75,000 or more, Hamstreet shall nonetheless be entitled to retain $75,000 of the Retainer as consideration for undertaking the engagement under this Agreement and for the services provided before termination. The Client hereby grants Hamstreet a security interest in and lien upon the Retainer to secure payment of all amounts that become payable at any time by Client to Hamstreet under this Agreement.

9.4    Notwithstanding any other term hereof, all financial obligations to Hamstreet, including all obligations with regard to all compensation, reimbursement of expenses and

Page 7 – CRO ENGAGEMENT AGREEMENT

indemnification, are solely the liability of the Client, and the Equityholders shall have no personal liability therefor.

10.    **Testimony.** Except for testimony which is within the scope of services set forth herein for which Hamstreet will be compensated as provided on **Schedule 1: Base Compensation,** if Hamstreet is required in any legal or other proceeding to deliver testimony with regard to the Client (whether or not this Agreement is still in effect), Client agrees to pay Hamstreet a fee at its then prevailing hourly rates for witness preparation and court appearances, in addition to the fees and expenses of outside counsel retained by Hamstreet to advise in connection with such testimony and other reimbursable expenses incurred by Hamstreet in connection with the testimony.

11.    **Non-Solicitation of Employees.** During, and for a period of one year after termination of Hamstreet's engagement under this Agreement, neither Hamstreet nor the Client shall hire, retain or utilize (other than with the other party's consent) the services of any employee or former employee of the other party who has been employed by the other party in the ninety (90) day period preceding hire by Hamstreet or the client. Hamstreet and Client further agree that any violation shall result in liquidated damages in the amount of one-third of the hired employee's total compensation during his or her first year of employment by Hamstreet or Client. Payment of liquidated damages for violation of this Agreement may be billed and shall be payable as an additional reimbursable expense under this Agreement and shall not be subject to any requirement of advance authorization by Hamstreet or Client or any other limitation that may apply to other fees and expenses payable to Hamstreet or Client under this Agreement.

12.    **Use of Name and Work Product.** Client shall not, and shall not authorize anyone else to, use Hamstreet's name or use or make available to third parties any written materials (including extracts or excerpts therefrom or abstracts thereof) or other work product prepared by Hamstreet pursuant to this Agreement in connection with obtaining or extending credit, offering or selling securities or other assets or in any other representations to third parties without Hamstreet's prior written consent. Hamstreet is authorized, at its expense, to place a customary "tombstone" advertisement or similar announcement with respect to its engagement hereunder in such form and in such media as Hamstreet deems appropriate, but otherwise shall not use Client's name, except as is necessary to perform its duties under this Agreement, without Client's prior written consent.

13.    **Standard of Care and Warranty Disclaimer.** Hamstreet shall perform its services under this Agreement in accordance with standards of skill and care generally observed by "turnaround" consultants of recognized national standing in the United States. Hamstreet makes no representations or warranties, express or implied, concerning the value of its services or the results that may be obtained therefrom. Hamstreet' s engagement shall not constitute an audit, review, compilation or any other type of financial statement reporting or consulting engagement that is subject to the rules of the AICPA or other state and national professional bodies.

14.    **Limitation of Liability and Indemnity: Insurance.**

14.1 None of Hamstreet or any of its directors, officers, shareholders, employees, consultants or other agents (each a "Hamstreet Party" and collectively the "Hamstreet Parties") shall have or incur any liability to, or be subject to any right of action by, the Client or any third party for any act or omission in connection with, relating to or arising out of Hamstreet's services under this Agreement, including the exercise of their respective business judgment,

Page 8 – CRO ENGAGEMENT AGREEMENT

except liability for gross negligence, willful misconduct or a knowing violation of the law, and, in all respects, the Hamstreet Parties will be entitled to reasonably rely upon the advice of the Client's counselor or own counsel with respect to Hamstreet's duties and responsibilities under this Agreement. In no event, regardless of the legal theory advanced, shall any Hamstreet Party be liable to the Client for any lost profits or any indirect, incidental or consequential damages. The obligations of Hamstreet are solely corporate obligations, and no Hamstreet Party shall be subject to any personal liability whatsoever to any person, nor will any such claim be asserted by the Client, whether on its own behalf or on behalf of any other person.

14.2 The Client shall indemnify, defend and hold harmless each of the Hamstreet Parties against any and all claims, costs, demands, damages, assessments, actions, suits or other proceedings, liabilities, judgments, penalties, fines or amounts paid in settlement, expenses, and attorneys fees (whether incurred at the trial or appellate level, in an arbitration, in bankruptcy (including, without limitation, any adversary proceeding, contested matter or application), or otherwise and notwithstanding any limitation set forth in Section 14.1 above) (collectively "Claims" ) arising out of, connected with or related to the services performed under this Agreement, whether or not such Claims are attributable in whole or in part to negligence by Hamstreet, other than Claims that are finally determined by judgment or in binding arbitration to have resulted from (a) acts or omissions by Hamstreet that involve gross negligence, intentional misconduct or a knowing violation of law or (b) conduct that Hamstreet did not in good faith believe was in, or at least not opposed to, the best interests of the Client. Hamstreet shall give prompt written notice to the Client of any Claim for which indemnification may be claimed hereunder, and the parties shall then cooperate as reasonably required to defend such Claim; provided, that the right of the Hamstreet Parties to indemnification shall not be affected by any failure or delay by Hamstreet in giving such notice, except to the extent that the rights and remedies of the indemnifying party shall have been materially prejudiced as a result of such failure or delay. The Client shall pay all costs and expenses, including reasonable attorneys' fees, incurred by Hamstreet to enforce its rights under this Agreement.

14.3 If for any reason the foregoing indemnification is determined to be unavailable to any Hamstreet Party or is insufficient to fully indemnify any such person, then the Client will contribute to the amount paid or payable by such person as a result of any such claims in such proportion as is appropriate to reflect both the relative benefit and the relative fault of the Client on the one hand, and the Hamstreet Parties on the other hand, and any other relevant equitable considerations in connection with the matters as to which such claims relate; provided, however, that in no event shall the amount to be contributed by all Hamstreet Parties in the aggregate exceed the amount of compensation actually received by Hamstreet under this Agreement.

14.4 Immediately upon execution of this Agreement, and as a condition to the obligations of Hamstreet hereunder, the Client shall cause Hamstreet and such other Hamstreet Parties as Hamstreet shall designate in writing to be added as additional named insureds on the Client's comprehensive general liability and directors' and officers' liability insurance policies. If at any time a Hamstreet representative designated to perform the services under this Agreement changes, the Client will immediately cause such successor representative to be added as a named insured on the Client's comprehensive general liability and directors' and officers' liability insurance policies.

14.5 Notwithstanding any other term hereof, the obligation to Hamstreet with regard to the indemnification obligations of this Section 14 are solely the liability of the Client and the Equityholders shall have no personal liability therefor.

Page 9 – CRO ENGAGEMENT AGREEMENT

## 15.    Confidentiality.

15.1 All information disclosed to Hamstreet by the Client in connection with the engagement under this Agreement, including without limitation information acquired from the Client's employees or inspection of the Client's property, and confidential information disclosed to Hamstreet by third parties representing or acting for or on behalf of Client, shall be considered Confidential Information. Confidential Information shall not include information which (a) is now or subsequently becomes generally known or available by publication, commercial or otherwise, through no fault of Hamstreet, (b) is known by Hamstreet at the time of the disclosure, (c) is independently developed by Hamstreet without the use of any Confidential Information, (d) is information that the parties agree in writing may be disclosed by Hamstreet, (e) is or becomes available to Hamstreet on a non-confidential basis from a source other than Client, provided that, to Hamstreet's knowledge, such source was not prohibited from disclosing such information to Hamstreet by a legal, contractual or fiduciary obligation owed to Client or (f) is information that must be disclosed pursuant to applicable law or legal, regulatory, or administrative process after compliance with the provisions hereof.

15.2 Hamstreet shall keep all Confidential Information confidential and shall use the Confidential Information solely for the purpose of providing the services to be furnished pursuant to this Agreement. Hamstreet may make reasonable disclosures of Confidential Information to third parties in connection with and as necessary for the performance of its engagement under this Agreement and in connection with and as necessary in any dispute between Hamstreet and the Client under or concerning this Agreement, and Hamstreet will have the right to disclose to others in the normal course of business its involvement with the Client. Any written information produced by Hamstreet shall be treated as Confidential Information, shall be delivered solely to the Client and, except as required by law or legal process, shall not be provided to any third party without the Client's consent.

15.3 If Hamstreet receives any request (by order, subpoena or other legal process) to produce any Confidential Information, Hamstreet will, unless prohibited by law or process, use its best efforts to provide the Client with timely notice of such request and, at the Client's request and expense, cooperate with the Client in any action the Client deems necessary or appropriate under the circumstances to protect the confidentiality of the Confidential Information.

## 16.    General

16.1 Modification.  No modification, amendment or addition to, or waiver of, any provisions of this Agreement shall be valid or enforceable unless in writing and signed by the parties hereto.

16.2 Legal Construction.   The validity, interpretation and enforceability of this Agreement shall be determined in accordance with the substantive laws of the State of Oregon, exclusive of choice of law provisions.  If any provisions of this Agreement shall for any reason be held by a court of competent jurisdiction to be invalid, illegal, or unenforceable in any respect, such invalidity, illegality or unenforceability shall not affect any other provision hereof, and this Agreement shall be construed as if such invalid, illegal, or unenforceable provision had never been contained herein and to give effect as nearly as possible to the intent of the parties. This Agreement is the product of negotiations among the parties in which each has had the opportunity to be advised by counsel of its choosing, and therefore the rule of construction that an agreement is construed against the drafter thereof shall not be applicable to this Agreement.

16.3 <u>No Third Party Benefit</u>. This Agreement is made solely for the benefit of the parties hereto, and no third party shall acquire any claim against Hamstreet as a result of this Agreement.

16.4 <u>Alternative Dispute Resolution</u>. Any claim or dispute concerning, relating to or arising out of this Agreement shall be resolved by binding arbitration in accordance with the rules of the American Arbitration Association or such other rules as may be agreed to by the parties. The arbitration shall be conducted in a location mutually agreed by the parties. If the parties fail to agree on the location within 30 days after a party requests arbitration, the arbitration shall be conducted in Portland, Oregon. The prevailing party in any arbitration under this Agreement shall be entitled to recover from the losing parties as part of the arbitration award reasonable costs and fees, including reasonable attorneys' fees. Any arbitration award may be enforced by a court of competent jurisdiction in accordance with Oregon law. In the event legal action to enforce the arbitration award is necessary the prevailing party shall be entitled to recover its costs and expenses, including reasonable attorneys' fees (whether incurred at the trial or appellate level, in an arbitration, in bankruptcy (including, without limitation, any adversary proceeding, contested matter or application), or otherwise) in such action and in any appeals therefrom or reviews thereof.

16.5 <u>Liability of Equityholders</u>. Notwithstanding any other term hereof, the obligations to Hamstreet under this Agreement are solely the liability of the Client and the Equityholders shall have no personal liability therefor

16.6 <u>Notices</u>. All notices under or concerning this Agreement shall be in writing, may be given by personal delivery, overnight mail or United States mail, shall be effective only upon actual receipt, and shall be delivered to the party receiving notice at the address set forth in the preamble to this Agreement.

16.7 <u>Miscellaneous</u>. This Agreement shall be binding on and inure to the benefit of the parties and their respective successors and assigns, but no party may assign any benefit or delegate any duty under this Agreement, voluntarily or by operation of law, without the written consent of the other parties. This Agreement constitutes the parties' entire agreement with respect to its subject matter and is intended to supersede all prior negotiations, discussions and agreements and fully to integrate the parties' agreement. This Agreement may be executed by facsimile and in any number of counterparts, each of which shall constitute an original and all of

**[Intentionally Left Blank]**

which shall constitute one agreement.

CLYDE A. HAMSTREET & ASSOCIATES, LLC

By: _____
    Name: Clyde A Hamstreet
    Title: President

_____
Jon M. Harder, as Manager and/or
Equityholder of the Company

_____
J. Wallace Gutzler, as Manager and/or
Equityholder of the Company

SUNWEST MANAGEMENT, INC.

By: _____
    Name: Jon M. Harder
    Title: President

_____
Darryl E. Fisher, as Manager and/or
Equityholder of the Company

Page 12 – CRO ENGAGEMENT AGREEMENT

## Schedule 1:  Base Compensation

Hamstreet shall be compensated for time spent on this engagement at its then current hourly rates plus expenses incurred by Hamstreet in performing its engagement under this Agreement. Fees and expenses shall be billed weekly unless otherwise agreed to in writing, and all invoices are due and payable upon receipt.

Rate Schedule

| | |
|---|---|
| Clyde Hamstreet | $475.00 per hour |
| Shirley Dunn | $360.00 per hour |
| Mark Schmidt | $350.00 per hour |
| Gary Lawrence | $350 per hour |
| Maren Cohn | $300 per hour |
| Tom Tomjack | $350.00 per hour |
| Paul Ceserani | $320.00 per hour |

Other Hamstreet personnel performing services under this engagement:  $200.00 to $450.00 per hour

Out-of-Pocket Expenses        At Cost

**Schedule 2: Transaction Fees**

**REASONABLE TERMS TO BE MUTUALLY AGREED ON WITHIN 30 DAYS**

**Exhibit A –Legal Entities**

Affiliates

| Entity Name | Fed ID # |
|---|---|
| Alpine Court Management, Inc. | 20-0402546 |
| Alpine Springs, LLC | 93-1246924 |
| Amarillo GP, LLC | 20-0258409 |
| Amethyst Arbor Management, Inc. | 20-0406416 |
| Amethyst Arbor Property, LLC | 20-0777828 |
| Amethyst Inn Property, LLC | 83-0338924 |
| Anderson Senior Living Property, LLC | 20-5611434 |
| Arbrook Senior Living GP, LLC | 20-5039904 |
| Arlington Cooper GP, LLC | 20-4696915 |
| Art's Landscape Maintenance, Inc. | 93-1301228 |
| Aspen Foundation | 93-1170370 |
| Aspen Foundation II | 93-1232564 |
| Aspen Foundation III | 93-1249979 |
| Aspen Wind Property, LLC | 93-1327814 |
| Autumn Glen Cottages Property, LLC | 26-0522673 |
| Bedford Gardens GP, LLC | 20-1524308 |
| Bluffs at Northwoods Apartments, LLC | 20-5513172 |
| Bluffs at Northwoods Property, LLC | 20-5708067 |
| Buford Brookside Senior Living Property, LLC | 26-0443770 |
| Butte Senior Living Property, LLC | 20-5986914 |
| Callahan Village Assisted Living, LLC | 93-1265773 |
| Cambridge Court GP, LLC | 43-2004021 |
| Camelot GP, LLC | 71-0898035 |
| Canterbury Gardens Senior Living GP, LLC | 20-8858930 |
| Canterbury Gardens Senior Living Property GP, LLC | 20-8858995 |
| Canterbury Gardens Senior Living Property L.P. | 20-8858960 |
| Canton Senior Living Property, LLC | 26-0446564 |
| Canyon Creek Development, Inc. | 93-1316687 |
| Canyon Creek Financial, LLC | 20-3736421 |
| Cape Elizabeth Senior Living, LLC | 20-5538648 |
| Carriage Inn GP, LLC | 20-1688189 |
| Cascadia Canyon, LLC | 20-5151350 |
| CCD Commercial Properties, LLC | 20-5151337 |
| Cedar Park CPGP, LLC | 47-0856807 |
| Central Washington Senior Care, L.L.C. | 91-2090742 |
| Century Place, L.L.C. | 20-2330149 |
| Charlotte Oakdale Property, LLC | 20-5600691 |
| Charlotte Overlook Apartments | 20-4752640 |
| Chino Hills Senior Living Property, LLC | 20-5844009 |
| Clark 40, LLC | 20-4358093 |
| Clatsop Assisted Living, LLC | 48-1279076 |
| Clearlake GP, LLC | 20-5708116 |
| Clearlake Senior Living Property GP, LLC | 20-5726848 |
| Clearlake Senior Living Property Limited Partnersh | 20-5726993 |
| Cody Senior Living II Property, LLC | 26-0455899 |

| | |
|---|---|
| Commerce Senior Living Property, LLC | 20-8077886 |
| Corinthians I, LLC | 71-0898038 |
| Corinthians II, LLC | 71-0898037 |
| Corinthians Management, Inc. | 20-0406464 |
| Corona Senior Living GP, LLC | 20-8772953 |
| Corona Senior Living Property GP, LLC | 20-8773024 |
| Corona Senior Living Property Limited Partnership | 20-8772802 |
| CPSW, LLC | 20-2343779 |
| CT Acres, LLC | 93-1308099 |
| CU 1, LLC | 20-5886060 |
| CU 14, LLC | 20-5886586 |
| CU 15, LLC | 20-5886713 |
| CU 16, LLC | 20-5886804 |
| CU 18, LLC | 20-5886986 |
| CU 19, LLC | 20-5887653 |
| CU 2, LLC | 20-5886545 |
| CU 20, LLC | 20-5887713 |
| CU 21, LLC | 20-5708196 |
| CU 23, LLC | 20-5887197 |
| CU 24, LLC | 20-5887282 |
| CU 25, LLC | 20-5887322 |
| CU 26, LLC | 20-5887389 |
| CU 27, LLC | 20-5887510 |
| CU 28, LLC | 20-5887559 |
| CU 29, LLC | 20-5887585 |
| CU 31, LLC | 20-8128778 |
| CU 32, LLC | 20-5938605 |
| CU 33, LLC | 20-5986926 |
| CU 34, LLC | 20-5986746 |
| CU 35, LLC | 20-5986876 |
| CU 36, LLC | 20-5594845 |
| CU 38, LLC | 20-5986971 |
| CU 40, LLC | 20-8089761 |
| CU 41, LLC | 20-8089808 |
| CU 42, LLC | 20-8089878 |
| CU 43, LLC | 20-8089937 |
| CU 44, LLC | 20-8089989 |
| CU 45, LLC | 20-8949005 |
| CU 48, LLC | 20-8261017 |
| CU 54, LLC | 20-8773236 |
| CU 55, LLC | 20-8670542 |
| CU 7, LLC | 20-8128723 |
| CU 8, LLC | 20-8128729 |
| CU Buford, LLC | 26-0422736 |
| CU Canton, LLC | 26-0446424 |
| CU Global, LLC | 26-1418366 |
| CU Gresham Chestnut, LLC | 26-0838439 |

| | |
|---|---|
| CU Mobile Gordon Oaks, LLC | 26-1319991 |
| CU Paducah, LLC | 20-8879418 |
| CU Roanoke, LLC | 26-1195284 |
| CU Sheridan, LLC | 26-1338372 |
| CU Sioux City, LLC | 26-0536479 |
| CU SR 1, LLC | 20-5988584 |
| CU Woodstock, LLC | 26-0536570 |
| CV Senior Living, LLC | 93-1327061 |
| D & H, LLC | 93-1262660 |
| Desert Amethyst Property, LLC | 81-0575101 |
| Desert Springs Land, LLC | 20-5422865 |
| Emerald Springs Management, Inc. | 20-0406509 |
| Emerald Springs Property, LLC | 20-0777893 |
| Encore Indemnity Management, LLC | 20-2513628 |
| ES 1, LLC | 20-5886462 |
| ES 14, LLC | 20-5886653 |
| ES 15, LLC | 20-5886757 |
| ES 16, LLC | 20-5886844 |
| ES 18, LLC | 20-5887145 |
| ES 19, LLC | 20-5887683 |
| ES 2, LLC | 20-5886514 |
| ES 20, LLC | 20-5887741 |
| ES 21, LLC | 20-5708234 |
| ES 23, LLC | 20-5887215 |
| ES 25, LLC | 20-5887365 |
| ES 26, LLC | 20-5887426 |
| ES 27, LLC | 20-5887534 |
| ES 29, LLC | 20-5887610 |
| ES 32, LLC | 20-5938622 |
| ES 33, LLC | 20-5986936 |
| ES 34, LLC | 20-5986773 |
| ES 36, LLC | 20-5594855 |
| ES 40, LLC | 20-8089785 |
| ES 41, LLC | 20-8089840 |
| ES 42, LLC | 20-8089904 |
| ES 43, LLC | 20-8089954 |
| ES 44, LLC | 20-8090019 |
| ES 45, LLC | 20-8949027 |
| ES 54, LLC | 20-8773116 |
| ES 55, LLC | 20-8670577 |
| ES 7, LLC | 20-8128734 |
| ES 8, LLC | 20-8128742 |
| ES Buford, LLC | 26-0422813 |
| ES Canton, LLC | 26-0446455 |
| ES Global, LLC | 26-1418385 |
| ES Gresham Chestnut, LLC | 26-0838465 |
| ES Mobile Gordon Oaks, LLC | 26-1320018 |

| | |
|---|---|
| ES Mooresville, LLC | 20-8044363 |
| ES Paducah, LLC | 20-8879447 |
| ES Roanoke, LLC | 26-1195382 |
| ES Sheridan, LLC | 26-1338424 |
| ES Sioux City, LLC | 26-0536510 |
| ES SR 1, LLC | 20-5988645 |
| ES SR 2, LLC | 20-5988609 |
| ES Woodstock, LLC | 26-0536545 |
| Fairview Business Flex Campus, LLC | 20-5081122 |
| Fairview Services, LLC | 41-2090551 |
| Fairway Crossing Senior Living Property, LLC | 20-5742322 |
| Forest Lake Estates, LLC | 93-1301898 |
| FOSW, LLC | 20-8948854 |
| Fuse Ad Agency, Inc. | 93-1289769 |
| Garden Estates GP, LLC | 20-1585402 |
| Gemstone Assisted Living Community, LLC | 93-1299123 |
| Glastonbury Senior Living Property, LLC | 20-5742285 |
| Glendale at Murray Property, LLC | 20-5844131 |
| Glendale at Murray, LLC | 20-4877549 |
| Grand Court FW, LLC | 80-0005196 |
| Grayson Harrisburg Senior Living, LLC | 20-4897822 |
| Grayson Selinsgrove Senior Living, LLC | 20-4905725 |
| Great Falls Senior Living, LLC | 20-4011594 |
| Greatwood Management, Inc. | 20-0406576 |
| Greatwood Retirement & Assisted Living, LLC | 75-3070197 |
| Greenleaf Farms I, LLC | 20-4850024 |
| Greensboro Oakdale Property, LLC | 20-5600944 |
| Gresham Chestnut Senior Living Property, LLC | 26-0838398 |
| Harder Development IV, LLC | 93-1295321 |
| Harlingen GP, LLC | 20-3433579 |
| HD5, LLC | 93-1288847 |
| HD6, LLC | 93-1321565 |
| Hendersonville BG Property, LLC | 71-0874744 |
| Hendersonville BGGP, LLC | 71-0874756 |
| Heron Pointe Retirement and Assisted | 93-1240286 |
| HFJ II, LLC | 01-0731635 |
| HFJ, LLC | 93-1329908 |
| HFLW Employee Distributions, LLC | 20-2990928 |
| Highlands Senior Living Property, LLC | 20-5812767 |
| Holiday Lane GP, LLC | 46-0513349 |
| Hoover Senior Living Property, LLC | 20-5928596 |
| Jackson Hole Property, LLC | 20-5666901 |
| Jasper Senior Living Property, LLC | 20-5844175 |
| JDP, LLC | 20-8046457 |
| JH Stonebridge, LLC | 26-0183077 |
| JH-DF-AF, LLC | 20-1523829 |
| JMH Sawmill Group, LLC | 20-2744855 |

| | |
|---|---|
| Kansas City Senior Living Property, LLC | 20-5949737 |
| KDA Construction, Inc. | 93-1279784 |
| KDA Enterprises, LLC | 93-1301194 |
| Kerrville Senior Living GP, LLC | 20-5726859 |
| Kerrville Senior Living Property GP, LLC | 20-5726907 |
| Kerrville Senior Living Property Limited Partnersh | 20-5726925 |
| King's Manor Oregon, LLC | 93-1317166 |
| Knollwood Pointe, L.L.C. | 68-0497703 |
| Lakeside Retirement Cottages, LLC | 81-0572611 |
| Legacy Georgia Senior Living Property, LLC | 20-5994763 |
| Lexington Senior Living Property, LLC | 20-5844103 |
| Lompoc Senior Living GP, LC | 20-8314371 |
| Lompoc Senior Living Property GP, LLC | 20-8314422 |
| Lompoc Senior Living Property Limited Partnership | 20-8314332 |
| Lubbock GP, LLC | 20-4296979 |
| Macleay-Cordon, LLC | 93-1314854 |
| Macon Senior Living Property, LLC | 20-5843097 |
| Magnolia Gardens Assisted Living & Memory Care, LLC | 73-1658577 |
| Magnolia Gardens Senior Living Property, LLC | 20-8845972 |
| Medallion GP, LLC | 20-1663109 |
| Memphis KGGP | 71-0874401 |
| Merced GP, LLC | 20-2329880 |
| Mobile Gordon Oaks Senior Living Property, LLC | 26-1241869 |
| Mobile KPGP, LLC | 68-0497703 |
| Modesto GP, LLC | 20-3283852 |
| Montclair Property, LLC | 20-3512473 |
| Mooresville Senior Living Property, LLC | 20-2044418 |
| Mt. Pleasant Oakdale I Property, LLC | 20-5600734 |
| Mt. Pleasant Oakdale II Property, LLC | 20-5600771 |
| MVP Sports, LLC | 20-5081335 |
| Northglenn Management, Inc. | 20-0406620 |
| Northglenn Property, LLC | 20-0778799 |
| Ocala CH Property, Ltd. | 41-2034872 |
| Ocala CHGP, LLC | 47-0856453 |
| Oklahoma Senior Living Property, LLC | 20-5679632 |
| Olmstead Falls Properties, LLC | 20-8881857 |
| Olmsted Falls Holdings, LLC | 20-8423580 |
| Olmsted Falls Senior Living Property, LLC | 20-8185867 |
| Oxford Senior Living Property, LLC | 20-5844444 |
| Paducah Senior Living Property, LLC | 20-8879376 |
| Paragon Gardens GP, LLC | 20-2227090 |
| Park Meadows, L.L.C. | 71-0952913 |
| Phoenix JH, LLC | 20-8845706 |
| Phoenix Senior Living Property, LLC | 20-8845646 |
| Pinehurst Oakdale Property, LLC | 20-5600909 |
| Plano GP, LLC | 20-1524210 |
| Pointe at Cedar Park, L.L.C. | 62-1769520 |

| | |
|---|---|
| Pointe at Kirby Gate, L.L.C. | 62-1751374 |
| Portland Senior Living Property, LLC | 26-1631883 |
| Post Pointe Atlanta, LLC | 20-2719440 |
| Post Pointe MGR, Inc. | 20-3202037 |
| Preferred Holding, LLC | 71-0916393 |
| Preston Hollow GP, LLC | 20-1241348 |
| PRH Properties, LLC | 20-3200598 |
| Pullman Senior Care Properties, LLC | 26-0271504 |
| Regal Estates GP, LLC | 68-0565385 |
| Roanoke Senior Living Property, LLC | 20-5434352 |
| Rockwood Homes, LLC | 93-1318261 |
| Roswell Assisted Living, LLC | 48-1279128 |
| Round Rock GP, LLC | 20-1488025 |
| Senenet, Inc. | 81-0566112 |
| Senior Housing Management, LLC | 93-1321494 |
| Senior Living Care, LLC | 20-4500255 |
| Senior Living Holdings I, LLC | 20-8185927 |
| Senior Living Holdings II, LLC | 20-8185964 |
| Senior Living Holdings III, LLC | 20-8186212 |
| Senior Living Holdings IV, LLC | 20-8186009 |
| Senior Living Holdings Ownership, LLC | 26-0282131 |
| Senior Living Properties II, LLC | 20-5606897 |
| Senior Living Properties III, LLC | 20-5606942 |
| Senior Living Properties, LLC | 20-5434248 |
| Senior Pharmacy, LLC | 93-1294470 |
| Sheridan Senior Living Property, LLC | 26-1220561 |
| Shore Pines Assisted Living Community, LLC | 93-1311826 |
| Silver Creek DEF Property, LLC | 20-0865157 |
| Silver Indemnity, Ltd | |
| Silver Insurance Management, LLC | |
| Silverstar Destinations LLC | 20-5575216 |
| Silverstar Destinations Property LLC | 20-5988489 |
| Silverstar Outdoor LLC | 20-5988683 |
| Silverstar Outdoor LLC | 20-5988683 |
| Sioux City Senior Living Property, LLC | 26-0363262 |
| Site Works, Inc. | 93-1304580 |
| SMI Real Estate Group, Inc. | 93-1300700 |
| Southbury Senior Living, LLC | 20-2860978 |
| Spring Arbor Property, LLC | 20-3009982 |
| Spring Pointe Management, Inc. | 20-0406726 |
| Springfield Assisted Living,LLC | 91-1820184 |
| St. Peters Senior Living Property, LLC | 20-5994820 |
| Sterling Assisted Living Holdings, LLC | 20-8423537 |
| Sterling Assisted Living Property, LLC | 20-5844052 |
| Sunshine Village Property, LLC | 72-1566006 |
| Sunwest Associates II, LLC | 93-1272486 |
| Sunwest Associates III, LLC | 74-3048125 |

| | |
|---|---|
| Sunwest Associates Limited Liability Company | 91-1834712 |
| Sunwest Management, Inc | 93-1076492 |
| Sunwest Properties II, LLC | 75-3073686 |
| Sunwest Properties, LLC | 93-1289477 |
| Susanville Assisted Living, LLC | 35-2175631 |
| SW Hoop, LLC | 20-5081644 |
| TAB Hawks Ridge, LLC | |
| Tahlequah Senior Living Property, LLC | 20-5765653 |
| TD I, LLC | 26-1223310 |
| TD/SR Property Investments, LLC | 20-5988527 |
| Temple GP, LLC | 20-1487546 |
| Terrace at Bluegrass, L.L.C. | 62-1757279 |
| Terre Haute Senior Living Property, LLC | 20-8670467 |
| Toms River Assisted Living, LLC | 20-5874097 |
| Tyler GP, LLC | 20-1489014 |
| Vineyard Blvd Senior Living Property, LLC | 20-5679399 |
| Western Pennsylvania Senior Living GP, LLC | 20-8020198 |
| Western Pennsylvania Senior Living Lim... Part.... | 20-8020207 |
| Willamette Medical Equipment,LLC | 93-1320110 |
| Willow Lakes RV Park, Inc. | 59-3481156 |
| Willow Trace Apartments, LLC | 20-5513147 |
| Willow Trace Property, LLC | 20-5708034 |
| Willows at Sherman Community GP, LLC | 20-5030495 |
| Winston-Salem Oakdale Property, LLC | 20-5600986 |
| Woodstock Oaks Senior Living Property, LLC | 26-0712046 |
| Yakima Senior Living Holdings, LLC | 20-8633880 |
| Yakima Senior Living Operator Holdings, LLC | 20-8667578 |
| Yakima Senior Living Property, LLC | 20-5986860 |

| ABN/Facility Name | EIN |
|---|---|
| Aberdeen Heights | 20-5986683 |
| Absaroka | 26-0455861 |
| Addie Meedom House | 68-0411386 |
| Albany ALF | 93-1321593 |
| Alpine Court & Cottages | 93-1263256 |
| Alpine Meadow | 20-0914891 |
| Alpine Springs | 74-3047375 |
| Amethyst Arbor | 74-3047373 |
| Amethyst Gardens | 74-3047382 |
| Apple Meadows | 91-1913673 |
| Apple Ridge | 20-4890137 |
| Apple Springs | 91-1872740 |
| Arbor Ridge | 91-2061279 |
| Arbrook | 20-5040761 |
| Ashland | 93-1321671 |
| Aspen Wind | 93-1306414 |
| Autumn Glen | 74-3073223 |
| Autumn Glen Cottages | 26-0522569 |
| Autumn Park | 56-2378792 |
| Autumn Wind | 93-1303611 |
| Azalea Gardens | 20-5292570 |
| Beacon Pointe | 20-1511321 |
| Big Sky | 20-5986907 |
| Blossom Creek | 91-2084951 |
| Blossom Valley | 43-2036713 |
| Boones Ferry Place | 93-1312741 |
| Brentmoor | 20-4858521 |
| Briarwood | 93-1305112 |
| Brookside | 26-0443742 |
| Buckingham Estates | 20-5742351 |
| Cache Valley | 20-3248212 |
| Caley Ridge | 20-5278359 |
| Callahan Court | 93-1265771 |
| Callahan Ret. Cottages | 68-0563523 |
| Callahan Village | 72-1552485 |
| Cambridge Court | 43-2004024 |
| Cambridge Court - Great Falls | 20-2321294 |
| Cambridge Place | 20-2321244 |
| Canterbury Court | 20-3433549 |
| Canterbury Gardens | 20-8858827 |
| Canyon Crest | 93-1328065 |
| Canyonview Estates | 20-0258378 |
| Carnegie Village | 20-5742246 |
| Carriage House | 20-5355778 |
| Carriage Inn | 201688168 |

| | |
|---|---|
| Cedar Ridge | 20-3283505 |
| Century Fields | 93-1306415 |
| Champlin Shores | 20-2860957 |
| Chancellor Place | 20-5843986 |
| Chandler Place | 20-2937917 |
| Chehalem Springs | 20-5657965 |
| Cherry Oaks | 204890202 |
| Chesterley Court | 48-1280164 |
| Chesterley Meadows | 91-2088339 |
| Chestnut Hill | 20-4938458 |
| Chestnut Lane | 26-0838321 |
| Chris Ridge | 20-4897625 |
| Churchill | 20-5182988 |
| Cliff View | 20-3430421 |
| Colonial Gardens | 93-1291617 |
| Colonial Village | 03-0430389 |
| Columbia View | 93-1321656 |
| Cooper Villa | 20-4696896 |
| Copper Springs | 93-1326482 |
| Cordon Road | 93-1314854 |
| Cordova Estates | 20-2186337 |
| Corinthians Assisted Living | 71-0898043 |
| Corinthians Retirement | 71-0898041 |
| Cottage Village | 20-4296917 |
| Cottages, The | 20-4938549 |
| Cottonbloom | 20-2845754 |
| Cottonwood Lodge | 93-1321853 |
| Cougar Springs | 93-1319202 |
| Country Gardens | 81-0572194 |
| Court at Round Rock | 20-1487977 |
| Courtyard at Merced | 20-2329838 |
| Courtyard Gardens | 20-2186162 |
| Crimson Ridge Gardens | 20-1511270 |
| Crimson Ridge Meadows | 20-1511242 |
| Crown Pointe | 20-8772766 |
| Crystal Terrace | 93-1292117 |
| Crystal Terrace Cottages | |
| Culpepper Place | 20-8879334 |
| Dallas | 93-1321672 |
| Deer Meadow | 93-1275739 |
| Desert Springs | 20-4897677 |
| Dorchester House | 93-1061489 |
| Dry Creek | 81-0643011 |
| Eagle Cove | 20-3396367 |
| Eagle Lake Village | 20-3083034 |
| Eagle Meadows | 93-1308044 |
| Eagle Meadows Cottages | 20-2644202 |

| | |
|---|---|
| Eagle Springs | 93-1265783 |
| Eagle Springs Cottages | 93-1316724 |
| Eagles Manor | 20-4011537 |
| Eden Estates | 20-1519779 |
| Eldorado Heights | 47-6237993 |
| Elk Ridge | 93-1302115 |
| Emerald Estates | 20-4189023 |
| Emerald Pointe | 20-1394280 |
| Emerald Springs | 74-3047372 |
| Emerald Square | 20-1954558 |
| Englewood Heights | 20-5986638 |
| English Meadows | 20-8003131 |
| Falls River Court | 75-3088538 |
| Falls River Village | 48-1287233 |
| Fishers Landing Assisted Living | 20-4124820 |
| Flint River | 20-5841516 |
| Forest Glen | 93-1170370 |
| Forest Glen Cottages | |
| Forest Glen II | |
| Forest Heights | 20-5355797 |
| Forest Park | 20-4310136 |
| Fountain Crest | 26-0476061 |
| Fox Hollow | 20-5355840 |
| Fox River | 30-0173985 |
| Fox River Cottages | 20-4967466 |
| Garden Estates of Corpus Christi | 20-1488891 |
| Garden Estates of Temple | 20-1487488 |
| Garden Estates of Tyler | 20-1488978 |
| Garden Springs | 93-1292409 |
| Garnet of Casa Grande | 74-3047383 |
| Gemstone Assisted Living | 93-1299123 |
| Georgian Place | 20-4244701 |
| Glen at Cala Hills | 62-1782102 |
| Glendale Place | 20-8246913 |
| Glenellen | 20-4830745 |
| Golden Eagle Plaza | 20-8260940 |
| Gordon Oaks | 26-1241808 |
| Grayson View - Harrisburg | 20-4850234 |
| Grayson View - Selinsgrove | 20-4850278 |
| Greatwood | 05-0522046 |
| Greenhaven Estates | 93-1329927 |
| Harbor Heights | |
| Hawks Ridge | 93-1292380 |
| Hawthorne Gardens | 26-1631777 |
| Hawthorne Inn at Greenville | 20-4869225 |

| | |
|---|---|
| Hawthorne Inn at Hilton Head | 20-4869138 |
| Heartland Park | 20-5949793 |
| Heritage Oak Villas | 20-8314267 |
| Heritage Place | 20-5491469 |
| Heritage, The | 20-3663441 |
| Hermiston Terrace | 93-1153573 |
| Heron Pointe | 74-3047374 |
| Heron Pointe Cottages | 93-1274802 |
| Hill Villa | 75-3057219 |
| Hillside | 20-0486083 |
| Holiday Lane Estates | 48-1291555 |
| Homestead at Hickory | 84-1482984 |
| Homesteads at Newtown | 20-2856827 |
| Inn at The Amethyst | 74-3047363 |
| Jantzen Beach | 93-1321734 |
| Junction City | 91-1805150 |
| Kensington Green | 20-3253725 |
| Kings Manor | 91-2108837 |
| Knollwood Pointe | 68-0497560 |
| Kokanee Creek | 93-1317186 |
| La Villa | 20-3433625 |
| Lake Pointe | 20-2186243 |
| Lake Springs | 20-2186050 |
| Lake Springs Cottages | 20-2452156 |
| Lake Wylie | 47-0856731 |
| Lakeside | 91-1842496 |
| Lakeside Cottages | 81-0572611 |
| Lamar Court | 20-4817704 |
| Lassen House | 68-0435722 |
| Laurel Estates | 20-4240122 |
| Laurel Gardens | 20-4218390 |
| Laurel Springs | 93-1329926 |
| Legacy Crossing | 20-4938489 |
| Legacy Gardens | 20-1519938 |
| Legacy Heights | 20-5355825 |
| Legacy of Anderson | 20-5322571 |
| Legacy of Dallas | 20-5780976 |
| Lexington Gardens | 20-4218425 |
| Lincolnshire | 93-1248513 |
| Lone Oak | 93-1274117 |
| Magnolia Gardens | 20-8845909 |
| Maison Jardin | 20-3283552 |
| Mallard Landing | 93-1295321 |
| Manchester House | 20-5679478 |
| Manor House | 20-1352183 |
| Mansion at Waterford | 20-5679542 |
| Maple Heights | 73-1623134 |

| | |
|---|---|
| Maplewood | 20-3663480 |
| McKenzie Valley | 93-1321630 |
| Meadow Wind | 93-1306339 |
| Meadowlark | 93-1313608 |
| Medallion | 20-1663094 |
| Medford II | 93-1321586 |
| Middlefield Oaks | 93-1321655 |
| Minnetonka | 20-4407868 |
| Monroe House | 20-3646757 |
| Montclair Park | 20-3511116 |
| Monteith Village | 20-3522484 |
| Morrow Heights | 93-1274073 |
| Moses Lake | 82-0545143 |
| Mountain Laurel | 20-5742306 |
| Mountain View | 93-1286411 |
| Mountain View - Ashland | 20-4938526 |
| Neawanna by the Sea | 20-0722258 |
| Necanicum Village | 20-5538613 |
| Northglenn Heights | 76-0718135 |
| Northpark Place | 26-0361356 |
| Northridge | 20-5949895 |
| Northwesterly, The | 20-1193579 |
| Oak Lodge | 93-1321643 |
| Oak Tree Village | 20-5994814 |
| Oakridge | 20-3967271 |
| Oaks, The | 20-5949976 |
| Olympic Alzheimer | 93-1294691 |
| Orchard Glen | 20-0477933 |
| Orchard Park | 93-1274214 |
| Orchard Pointe | 91-1945103 |
| Oregon Gardens | 93-1286265 |
| Osprey Court | 20-3347319 |
| Osprey Pointe | 93-1289903 |
| Osprey Pointe Cottages | 20-3382396 |
| Oswego Springs | 93-1291999 |
| Pacific Pointe | 93-1327061 |
| Palm Meadows Court | 72-1545461 |
| Palm Meadows Village | 47-0907232 |
| Palms, The | 93-1328064 |
| Paradise Valley | 20-0537832 |
| Paragon Gardens | 20-2227072 |
| Park Avenue Estates | 20-5491509 |
| Park Meadows | 71-0952913 |
| Park Place - Casper | 36-4533424 |
| Park Place - Portland | 93-1328066 |
| Park Place - Spartanburg | 20-2146317 |
| Parkrose Estates | 84-1587644 |

| | |
|---|---|
| Parkview Estates | 20-2291394 |
| Parkview Estates Cottages | 20-5202855 |
| Parkway Village | 20-4124867 |
| Peachtree Village | 20-2354900 |
| Peachtree Village - GA | 20-8077866 |
| Peridot | 43-1962056 |
| Pheasant Pointe II | 93-1279377 |
| Pheasant Ridge Retirement | 20-8058393 |
| Pheasant Ridge Senior Living | 20-5371279 |
| Place at Southpark, The | 20-1663124 |
| Plaza at Sun Mountain | 20-3434202 |
| Plaza on the River | 20-5726837 |
| Plum Ridge | 93-1292109 |
| Pointe at Cedar Park | 47-0856827 |
| Pointe at Kirby Gate | 71-0874390 |
| Ponds at Punaluu | 20-4544050 |
| Poulsbo (dirt) | 20-2998609 |
| Preston Hollow | 20-1241329 |
| Quail Hollow | 91-1999930 |
| Quaker's Landing | 20-1511358 |
| Rainbow | 20-2325883 |
| Regal Estates | 47-0931769 |
| Remington House | 20-4219171 |
| Richland Pines | 20-4188599 |
| River Road | 93-1214355 |
| River Rock Lodge | 20-5278340 |
| River Valley Landing | 20-1351405 |
| Riverchase Village | 20-5928590 |
| Riverdale Estates | 20-2186270 |
| Riverside at Belfair | 58-2674809 |
| Rose Estates | 20-4817693 |
| Rose Pointe | 75-3008193 |
| Rose Terrace | 20-2186302 |
| Rose Valley | 93-1273142 |
| Rose Valley Cottages | 52-2419154 |
| Rosemont at Clearlake | 20-5708155 |
| Sandia Springs | 93-1328067 |
| Sea View | 93-1321620 |
| Sellwood Landing | 93-1314857 |
| Sequoia Springs | 93-1285450 |
| Sequoia Springs Cottages | 54-2068362 |
| Settlers Park | 93-1257198 |
| Sierra Hills | 93-1326872 |
| Sierra Pines | 93-1317168 |
| Silver Creek | 93-1173625 |
| Spring Arbor | 20-2937936 |
| Spring Creek Gardens | 20-1519796 |

| | |
|---|---|
| Spring Estates | 20-4543638 |
| Spring Meadow Cottages | 38-3674200 |
| Spring Meadow Retirement | 20-2530208 |
| Spring Mountain | 20-2185998 |
| Spring Pointe | 93-1283364 |
| Spring Village | 93-1279936 |
| Spring Wind | 93-1306340 |
| Statesman Club | 20-5679478 |
| Stone Mountain | 20-2186218 |
| Stonebridge | 91-1953290 |
| Sugarland Ridge | 26-1220502 |
| Suites, The | 20-0297268 |
| Summerfield House | 93-1329925 |
| Summit House | 20-5497771 |
| Sundial | 20-3283815 |
| Sunnyside Court | 93-1328058 |
| Sunrise Creek | 93-1321492 |
| Sunshine Village | 75-2999060 |
| Sweetgrass Court | 20-5355751 |
| Sweetgrass Village | 20-5355738 |
| Sweetwater Springs | 20-0421073 |
| Tanner Spring | 20-3295351 |
| Terrace at Bluegrass | 20-8855341 |
| Terrace at Riverstone | 26-0446525 |
| Terrace at Woodstock | 26-0536600 |
| Terrace, The | 20-5418567 |
| Timberwood Court | 93-1303294 |
| Town Village | 20-3891614 |
| Tudor Heights | 20-3960997 |
| Umpqua Valley | 93-1321673 |
| Valley Inn, The | 93-1186227 |
| Valley View | 93-1232564 |
| Victorian Manor | 20-4390713 |
| Victory Hills | 20-5949672 |
| Villa Del Rey | 20-0722306 |
| Village of the Falls | 20-8244040 |
| Wallace Road ALF | 93-1288847 |
| Waterfield | 48-1268034 |
| Waterford in Bellevue, The | 26-1600397 |
| Weatherly Springs | 20-2185821 |
| West Park Place | 20-3433650 |
| Westbrook Gardens | 20-5010177 |
| Wheatfields | 93-1326481 |
| Whitman | 26-1567275 |
| Wildflower Lodge | 93-1275469 |
| Willow Creek | 20-3108051 |
| Willow Ridge | 20-5950059 |

| Willows at Sherman | 71-0898042 |
|---|---|
| Windfield Village | 93-1271787 |
| Woodside | 46-0513253 |
| Woodstock Estates | 20-2186109 |
| Wyndmoor, The | 20-8670410 |

**Exhibit B – Restructuring Plan**

# REDACTED

# EXHIBIT 2

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | )    Case No. 08-36637- tmb11 |
| | ) |
| Stayton SW Assisted Living, L.L.C., dba | )    **ORDER APPROVING** |
| Lakeside Assisted Living Community, | )    **(1) EMPLOYMENT OF CLYDE A.** |
| | )    **HAMSTREET & ASSOCIATES,** |
| Debtor. | )    **LLC AS INTERIM MANAGEMENT** |
| | )    **AND RESTRUCTURING** |
| | )    **CONSULTANT AND** |
| | )    **(2) APPOINTMENT OF CLYDE** |
| | )    **HAMSTREET AS CHIEF** |
| | )    **RESTRUCTURING OFFICER** |

THIS MATTER having come on for a hearing on the application of Stayton SW

Assisted Living, L.L.C., dba Lakeside Assisted Living Community, Debtor and Debtor-in-

Possession herein ("Debtor"), for an Order Approving (1) Employment of Clyde A. Hamstreet &

Associates, LLC as Interim Management and Restructuring Consultant and (2) Appointment of

Clyde Hamstreet as Chief Restructuring Officer; the Court having reviewed the Application and

accompanying statements, and being otherwise duly advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED that Debtor be and hereby is

authorized to employ Clyde A. Hamstreet & Associates, LLC ("Hamstreet") as Debtor's interim

management and restructuring consultant, and appoint Clyde Hamstreet as Debtor's Chief

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

Restructuring Officer, in each case, substantially on the terms set forth in the CRO Engagement

Agreement, and Debtor is further authorized to pay Hamstreet a reasonable fee for its services

upon application and order of the Court.

### #

Presented by:

TONKON TORP LLP


By _____
     Leon Simson, OSB No. 753429 (Lead Attorney)
     Albert N. Kennedy, OSB No. 821429
     Timothy J. Conway, OSB No. 851752
     888 S.W. Fifth Avenue, Suite 1600
     Portland, OR  97204-2099
     Telephone:    503-221-1440
     Facsimile:     503-274-8779
     E-mail:        leon.simson@tonkon.com
                  al.kennedy@tonkon.com
                  tim.conway@tonkon.com

     Attorneys for Debtor

cc:     List of Interested Parties

034618\00002\1291096 V001

**Page 2 of 2 -**   ORDER APPROVING (1) EMPLOYMENT OF CLYDE A. HAMSTREET & ASSOCIATES, LLC
                AS INTERIM MANAGEMENT AND RESTRUCTURING CONSULTANT AND
                (2) APPOINTMENT OF CLYDE HAMSTREET AS CHIEF RESTRUCTURING OFFICER

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                           )
                                                )   Case No. _____
                                                )
                                                )   RULE 2014 VERIFIED STATEMENT
Debtor(s)                                       )   FOR PROPOSED PROFESSIONAL

1.  The applicant is not a creditor of the debtor except:


2.  The applicant is not an equity security holder of the debtor.

3.  The applicant is not a relative of the individual debtor.

4.  The applicant is not a relative of a general partner of the debtor (whether the debtor is an individual, corporation, or partnership).

5.  The applicant is not a partnership in which the debtor (as an individual, corporation, or partnership) is a general partner.

6.  The applicant is not a general partner of the debtor (whether debtor is an individual, corporation, or partnership).

7.  The applicant is not a corporation of which the debtor is a director, officer, or person in control.

8.  The applicant is not and was not, within two years before the date of the filing of the petition, a director, officer, or employee of the debtor.

9.  The applicant is not a person in control of the debtor.

10. The applicant is not a relative of a director, officer or person in control of the debtor.

11. The applicant is not the managing agent of the debtor.

12. The applicant is not and was not an investment banker for any outstanding security of the debtor; has not been, within three years before the date of the filing of the petition, an investment banker for a security of the debtor, or an attorney for such an investment banker in connection with the offer, sale, or issuance of a security of the debtor; and is not and was not, within two years before the date of the filing of the petition, a director, officer, or employee of such an investment banker.

13. The applicant has read 11 U.S.C. §101(14) and §327, and FRBP 2014(a); and the applicant's firm has no connections with the debtor(s), creditors, any party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, or any District of Oregon Bankruptcy Judge, except as follows:




14. The applicant has no interest materially adverse to the interest of the estate or of any class of creditors or equity security holders.

15.  Describe details of all payments made to you by either the debtor or a third party for any services rendered on the debtor's behalf within a year prior to filing of this case:

16.  The debtor has the following affiliates (as defined by 11 U.S.C. §101(2)).  Please list and explain the relationship between the debtor and the affiliate:

17.  The applicant is not an affiliate of the debtor.

18.  Assuming any affiliate of the debtor is the debtor for purposes of statements 4-13, the statements continue to be true except (list all circumstances under which proposed counsel or counsel's law firm has represented any affiliate during the past 18 months; any position other than legal counsel which proposed counsel holds in either the affiliate, including corporate officer, director, or employee; and any amount owed by the affiliate to proposed counsel or its law firm at the time of filing, and amounts paid within 18 months before filing):

19.  The applicant hereby acknowledges that he/she has a duty during the progress of the case to keep the court informed of any change in the statement of facts which appear in this verified statement. In the event that any such changes occur, the applicant immediately shall file with the court a pleading to which the original verified statement filed with the court is attached and which describes, by statement paragraph, those changes which have occurred.

THE FOLLOWING QUESTIONS NEED BE ANSWERED ONLY IF AFFILIATES HAVE BEEN LISTED IN STATEMENT 16.

20.  List the name of any affiliate which has ever filed bankruptcy, the filing date, and court where filed:

21. List the names of any affiliates which have guaranteed debt of the debtor or whose debt the debtor has guaranteed.  Also include the amount of the guarantee, the date of the guarantee, and whether any security interest was given to secure the guarantee.  Only name those guarantees now outstanding or outstanding within the last 18 months:

22. List the names of any affiliates which have a debtor-creditor relationship with the debtor.  Also include the amount and date of the loan, the amount of any repayments on the loan and the security, if any.  Only name those loans now outstanding or paid off within the last 18 months:

23. List any security interest in any property granted by the debtor to secure any debts of any affiliate not covered in statements 20 and 21.  List any security interest in any property granted by the affiliate to secure any debts of the debtor not covered in statements 21 and 22.  Also include the collateral, the date and nature of the security interest, the name of the creditor to whom it was granted, and the current balance of the underlying debt:

24. List the name of any affiliate who is potentially a "responsible party" for unpaid taxes of the debtor under 26 U.S.C. §6672:

I verify that the above statements are true to the extent of my present knowledge and belief.

Clyde A. Hamstreet & Associates, LLC

By _____
Applicant
Clyde A. Hamstreet, President

1114 (10/13/00)    Page 3 of 3

Exhibit to Rule 2014 Verified Statement For Proposed Professional
*In re: Stayton SW Assisted Living, L.L.C., dba Lakeside Assisted Living Community*

## **Exhibit A**

To the best of my knowledge based on the conflicts of interest search described below, except as otherwise set forth herein, Hamstreet does not have any connections with the debtor or any of its affiliates, its creditors, or any other party in interest, the United States trustee, or any person employed in the office of the United States trustee, or any District of Oregon bankruptcy judge.  In connection with its proposed retention by the debtor in this case, Hamstreet researched its client data base to determine whether it had any relationships with the debtor, any of its affiliates, or its creditors based on lists of affiliates provided by Sunwest Management, Inc. and on a list of creditors provided by Tonkon Torp LLP.  These lists will be made available upon request.  As a result of such searches, Hamstreet identified the following connections:

(a)    <u>Insiders</u>.  Under the CRO Engagement Agreement, dated November 20, 2008, among Hamstreet, Sunwest Management, Inc. and certain insiders, among other things, (i) Hamstreet was engaged to provide interim management and restructuring consulting services to the debtor and certain of its affiliates, (ii) Clyde Hamstreet was appointed as Chief Restructuring Officer of the debtor and certain of its affiliates, and (iii) Jon M. Harder, Darryl E. Fisher and J. Wallace Gutzler assigned to Clyde Hamstreet, as agent for the debtor and its affiliates, all of their rights to distributions on account of their equity interests in the debtor and certain of its affiliates.

(b)    <u>Vendors</u>.  Hamstreet has or has had vendor relationships with certain of the debtor's trade creditors, including AT&T, Integra Telecom, Office Depot, Pitney-Bowes, and Providence Health System.

(c)    <u>Professionals</u>.  Hamstreet or predecessor consulting firms in which Mr. Hamstreet was a principal have over the years been involved in a number of bankruptcy cases and other matters in which Tonkon Torp LLP and other law firms representing parties in this case have represented the same or different clients.

## **Exhibit B**

The Debtor has the following affiliates:

- Fred Girod:  50% ownership interest in Debtor
- Jon M. Harder:  40% ownership interest in Debtor
- See also Attachment 1 to Exhibit B

**Attachment 1 to Exhibit B - Affiliates**

| Facility Name - doing business as | Operator Legal Name | Co-Owner Legal Name |
|---|---|---|
| Sunwest Management, Inc | | |
| Senenet | | |
| KDA Construction | | |
| Canyon Creek Development | | |
| Canyon Creek Financial | | |
| Fuse Advertising | | |
| **SENIOR HOUSING FACILITIES- OPEN AND OPERATING** | | |
| Aberdeen Heights | Tulsa Senior Living, LLC | |
| Absaroka | Cody Senior Living II, LLC | Cody Senior Living, LLC |
| Addie Meedom House | Addie Meedom House, LLC | |
| Alpine Court & Cottages | W-E Specialized Care, LLC | |
| Alpine Meadow | Barger Road Cottages LLC | |
| Alpine Springs | Alpine Springs III, LLC | Alpine Springs, LLC |
| Amethyst Arbor | Amethyst Arbor Assisted Living & Memory Care, LLC | |
| Amethyst Gardens | Desert Amethyst Retirement, LLC | Desert Amethyst Property LLC |
| Apple Meadows | Omak Alzheimer's Care, L.L.C. | |
| Apple Ridge | Apple Ridge Assisted living, LLC | |
| Arbrook | Arbrook Senior Living Limited Parnership | |

**Attachment 1 to Exhibit B - Affiliates**

| Facility Name - doing business as | Operator Legal Name | Co-Owner Legal Name |
|---|---|---|
| Aspen Wind | Aspen Wind Assisted Living Community, LLC | |
| Autumn Glen | Autumn Glen Assisted LivingCommunity, LLC | |
| Autumn Glen Cottages | Autumn Glen Cottages, LLC | Autumn Glen Cottages Property, LLC |
| Autumn Park | Autumn Park Assisted Living Community, LLC | |
| Azalea Gardens | Oxford Senior Living, LLC | Oxford Senior Living Property, LLC |
| Big Sky | Butte Senior Living, LLC | Butte Senior Living Property, LLC |
| Blossom Creek | Wenatchee Senior Care, L.L.C. | |
| Blossom Valley | Wenatchee Care, LLC | |
| Brentmoor | Minot Senior Living, LLC | |
| Briarwood | Briarwood Retirement and Assisted Living Community, LLC | |
| Brookside | Buford Brookside Senior Living, LLC | Buford Brookside Senior Living Property, LLC |
| Buckingham Estates | Fairway Crossing Senior Living, LLC | Fairway Crossing Senior Living Property, LLC |
| Cache Valley | Providence City, LLC | |

# Attachment 1 to Exhibit B - Affiliates

| Facility Name - doing business as | Operator Legal Name | Co-Owner Legal Name |
|---|---|---|
| Caley Ridge | Englewood Senior Living, LLC | Senior Living Holdins IV, LLC |
| Callahan Court | Callahan Court Specialty Care, LLC | |
| Callahan Ret. Cottages | Callahan Retirement Cottages, LLC | |
| Callahan Village | Callahan Village II, LLC | Callahan Village AL, LLC |
| Cambridge Court - Texas | Cambridge Court Assisted Living Limited Partnership | |
| Cambridge Court - Great Falls | Cambridge Court GP LLC | |
| Cambridge Place | Cambridge Place GF, LLC | |
| Canterbury Court | Harlingen Senior Living Limited Partnership | Harlingen GP, LLC |
| Canterbury Gardens | Canterbury Gardens Senior Living GP, LLC | Canterbury Gardens Senior Living Property GP, LLC |
| Canyon Crest | Canyon Crest Assisted Living & Memory Care, LLC | |
| Canyonview Estates | Amarillo Assisted Living Limited Partnership | |
| Carnegie Village | Belton Senior Living Operator, LLC | Belton Senior Living Property, LLC |
| Carriage House | Greensboro Oakdale Senior Living, LLC | Greenboro Oakdale Property, LLC |

**Attachment 1 to Exhibit B - Affiliates**

| Facility Name - doing business as | Operator Legal Name | Co-Owner Legal Name |
|---|---|---|
| Carriage Inn | Carriage Inn Limited Partnership | |
| Cedar Ridge | Broken Arrow Senior Living, LLC | |
| Century Fields | Century Fields Retirement and Assisted Living Community, LLC | |
| Champlin Shores | Champlin, LLC | |
| Chancellor Place | Chino Hills Senior Living, LLC | Chino Hills Senior Living Property, LLC |
| Chandler Place | Chandler Place Senior Living, LLC | |
| Chehalem Springs | Mountain View Village Assisted Living and Retirement Cottages, LLC | |
| Cherry Oaks | Cherry Oaks Senior Living, LLC | |
| Chesterley Court | Yakima Alzheimer's Care, L.L.C. | |
| Chesterley Meadows | Yakima Senior Care, L.L.C. | |
| Chestnut Hill | Highlands Senior Living, LLC | Highlands Senior Living Property, LLC |
| Chestnut Lane | Gresham Chestnuet Senior Living, LLC | Gresham Chestnuet Senior Living Property, LLC |
| Chris Ridge | Chris Ridge Senior Living, LLC | |
| Churchill | Mooresville Senior Living, LLC | Mooresville Senior Living Property, LLC |

**Attachment 1 to Exhibit B - Affiliates**

| Facility Name - doing business as | Operator Legal Name | Co-Owner Legal Name |
|---|---|---|
| Cliff View | St. George Senior Living, LLC | |
| Colonial Gardens | Colonial Gardens, LLC | |
| Cooper Villa | Arlington Cooper Senior Living Limited Partnership | Arlington Cooper GP, LLC |
| Cordova Estates | Cordova Senior Living, LLC | |
| Corinthians Assisted Living | Corinthians Assisted Living & Memory Care, LP | |
| Corinthians Retirement | Corinthians I Retirement Community, LP | |
| Cottage Village | Lubbock Assisted Living Limited Partnership | |
| Cottages, The | Albuquerque Memory Care Community, LLC | |
| Cottonbloom | Las Cruces, LLC | |
| Cougar Springs | Cougar Springs Assisted Living and Memory Care Community, LLC | |
| Country Gardens | Country Gardens Assisted Living, LLC | |
| Beacon Pointe/Court at Clifton Park | Court at Clifton Park LLC | |
| Crimson Ridge Gardens/Court at Greece | Court at Greece, LLC | |
| Crimson Ridge Meadows/Village at Greece | Village at Greece LLC | |
| Quaker's Landing/Court at Orchard Park | Court at Orchard Park LLC | |

# Attachment 1 to Exhibit B - Affiliates

| Facility Name - doing business as | Operator Legal Name | Co-Owner Legal Name |
|---|---|---|
| Court at Round Rock | Round Rock GP LLC | |
| Courtyard at Merced | Merced Senior Living Limited Partnership | |
| Courtyard Gardens | Lawrenceville Senior Living, LLC | |
| Crown Pointe | Corona Senior Living Limited Partnership | Corona Senior Living Property Limited Partnership |
| Crystal Terrace | Crystal Terrace Retirement Community, LLC | |
| Culpepper Place | Paducah Senior Living, LLC | Paducah Senior Living Property, LLC |
| Deer Meadow | Aspen Foundation III | |
| Desert Springs | Desert Springs Senior Living, LLC | Desert Springs Land, LLC |
| Dorchester House | Dorchester House Retirement Residence LLC | |
| Dry Creek | Ellensburg Care, LLC | |
| Eagle Cove | Eagle Cove Senior Living, LLC | |
| Eagle Lake Village | Susanville Limited Partnership | |
| Eagle Meadows | Eagle Meadows Assisted Living Community, LLC | |
| Eagle Meadows Cottages | Eagle Meadows Cottages, L.L.C. | |

**Attachment 1 to Exhibit B - Affiliates**

| Facility Name - doing business as | Operator Legal Name | Co-Owner Legal Name |
|---|---|---|
| Eagle Springs | Eagle Springs Specialized Care, LLC | |
| Eagles Manor | Aspen Foundation III | |
| Eden Estates | Bedford Gardens LP | |
| Eldorado Heights | Eldorado Heights Assisted Living Community, LLC | |
| Emerald Estates | Baltimore Senior Living, LLC | |
| Emerald Pointe | Emerald Pointe AL & MC, LLC | |
| Emerald Springs | Emerald Springs Assisted Living, LLC | |
| Emerald Square | Emerald Square Assisted Living, LLC | |
| Englewood Heights | Yakima Senior Living, LLC | Yakima Senior Living Operator Holdings, LLC |
| English Meadows | Christiansburg Senior Living, LLC | |
| Falls River Court | Falls River Court Memory Care, LLC | |
| Falls River Village | Falls River Village Assisted Living, LLC | |
| Fishers Landing Assisted Living | Vancouver Senior Living, LLC | |
| Flint River | Macon Senior Living, LLC | Macon Senior Living Property, LLC |

# Attachment 1 to Exhibit B - Affiliates

| Facility Name - doing business as | Operator Legal Name | Co-Owner Legal Name |
|---|---|---|
| Forest Glen | Aspen Foundation | |
| Forest Heights | Winston-Salem Oakdale Senior Living, LLC | Winston-Salem Oakdale Property, LLC |
| Forest Park | Victor Senior Living, LLC | |
| Fountain Crest (aka Lehigh Acres) | Lehigh Acres Senior Living, LLC | |
| Fox Hollow | Pinehurst Oakdale Senior Living, LLC | Pinehurst Oakdale Property, LLC |
| Fox River | Fox River Assisted Living & Memory Care, LLC | |
| Fox River Cottages | Fox River Retirement Living, LLC | |
| Garden Estates of Corpus Christi | Garden Estates of Corpus Christi LP | |
| Garden Estates of Temple | Garden Estates of Temple LP | |
| Garden Estates of Tyler | Garden Estates of Tyler LP | |
| Garnet of Casa Grande | Garnet of Casa Grande Assisted Living, LLC | |
| Georgian Place | Newnan Senior Living, LLC | |
| Glendale Place | Glendale at Murray, LLC | Glendale at Murray Property, LLC |

**Attachment 1 to Exhibit B - Affiliates**

| Facility Name - doing business as | Operator Legal Name | Co-Owner Legal Name |
|---|---|---|
| Glenellen | North Lima Senior Living, LLC | |
| Golden Eagle Plaza | Great Falls Senior Living Operator LLC | Great Falls Senior Living, LLC |
| Gordon Oaks | Mobile Gordon Oaks Senior Living Property, LLC | |
| Grayson View - Harrisburg | Grayson Harrisburg Senior Living, LLC | |
| Grayson View - Selinsgrove | Grayson Selinsgrove Senior Living, LLC | |
| Greatwood | Greatwood Retirement & Assisted Living, LLC | |
| Greenhaven Estates | Sacramento GC Assisted Living, LLC | |
| Hawks Ridge | Hawks Ridge Assisted Living Community, LLC | |
| Hawthorne Gardens | Portland Senior Living, LLC | Portland Senior Living Property, LLC |
| Hawthorne Inn at Greenville | Greenville Senior Living, LLC | |
| Hawthorne Inn at Hilton Head | Hilton Head Senior Living, LLC | |
| Heartland Park | Seward Senior Living, LLC | |
| Heritage Oak Villas | Lompoc Senior Living GP, LLC | Lompoc Senior Living Property GP, LLC |
| Heritage Place | Tahlequah Senior Living, LLC | Tahlequah Senior Living Property, LLC |

**Attachment 1 to Exhibit B - Affiliates**

| Facility Name - doing business as | Operator Legal Name | Co-Owner Legal Name |
|---|---|---|
| Heritage, The | Bridgeport Senior Living, LLC | |
| Hermiston Terrace | Hermiston Terrace Assisted Living LLC | |
| Heron Pointe | Heron Pointe III, LLC | Heron Pointe Retirement & Assisted Living, LLC |
| Heron Pointe Cottages | Heron Pointe II LLC | |
| Hill Villa | Grand Court FW LLC | |
| Hillside | Hillside Senior Living Community, LLC | |
| Holiday Lane Estates | Holiday Lane Estates Assisted Living Limited Partnership | |
| Homesteads at Newtown | Newtown Senior Living, LLC | |
| Inn at The Amethyst | Inn at the Amethyst Assisted Living, LLC | Amethyst Inn Property LLC |
| Junction City | Cornelius Retirement, L.L.C. | |
| Kensington Green | Southbury Senior Living, LLC | |
| Kings Manor | Kings Manor, LLC | |
| Knollwood Pointe | Mobile KP Property LLC | |

**Attachment 1 to Exhibit B - Affiliates**

| Facility Name - doing business as | Operator Legal Name | Co-Owner Legal Name |
|---|---|---|
| La Villa | Roswell Senior Living, LLC | |
| Lake Pointe | Hartwell Senior Living, LLC | |
| Lake Springs | Buford Senior Living, LLC | |
| Lake Springs Cottages | Buford Retirement Cottages, LLC | |
| Lake Wylie | Lake Wylie Assisted Living, LLC | |
| Lakeside | Stayton SW Assisted Living, L.L.C. | |
| Lakeside Cottages | Lakeside Retirement Cottages, LLC | |
| Lamar Court | Overland Lamar Senior Living, LLC | |
| Lassen House | Lassen House LLC | |
| Laurel Estates | Orange Senior Living, LLC | |
| Laurel Gardens | Florence Senior Living, LLC | |
| Laurel Springs | Laurel Springs Assisted Living, LLC | |
| Legacy Crossing | Franklin Senior Living, LLC | |
| Legacy Gardens | Legacy Gardens AL LLC | |

**Attachment 1 to Exhibit B - Affiliates**

| Facility Name - doing business as | Operator Legal Name | Co-Owner Legal Name |
|---|---|---|
| Legacy Heights | Charlotte Oakdale Senior Living, LLC | Charlotte Oakdale Property, LLC |
| Legacy of Anderson | Anderson Senior Living, LLC | Anderson Senior Living Property, LLC |
| Legacy of Dallas | Legacy Georgia Senior Living, LLC | Legacy Georgia Senior Living Property, LLC |
| Lexington Gardens | West Columbia Senior Living, LLC | |
| Lincolnshire & Lincoln City Cottages | Lincoln City Assisted Living, LLC | |
| Lone Oak | Harder Development III, LLC | |
| Magnolia Gardens | Magnolia Gardens Senior Living, LLC | Magnolia Gardens Senior Living Property, LLC |
| Maison Jardin | Morgan City, LLC | |
| Mallard Landing | Harder Development IV, LLC | |
| Manchester House | Vineyard Blvd Senior Living, LLC | Vineyard Blvd Senior Living Property, LLC |
| Manor House | Manor House Memory Care, LLC | |
| Mansion at Waterford | Oklahoma Senior Living, LLC | Oklahoma Senior Living Property, LLC / Senior Living Holdins I, LLC |
| Maplewood | Bridgeport Assisted Living, LLC | |

**Attachment 1 to Exhibit B - Affiliates**

| Facility Name - doing business as | Operator Legal Name | Co-Owner Legal Name |
|---|---|---|
| Meadow Wind | Meadow Wind Assisted Living Community, LLC | |
| Meadowlark | Meadowlark Assisted Living Community, LLC | |
| Medallion | Medallion Assisted Living Limited Partnership | |
| Middlefield Oaks | Middlefield Oaks assisted Living and Memory Care Community, LLC | |
| Minnetonka | Minnetonka Senior Living, LLC | |
| Monroe House | Sterling Assisted Living, LLC | Sterling Assisted Living Property, LLC |
| Montclair Park | Montclair Senior Living, LLC | |
| Morrow Heights | Morrow Heights, LLC | |
| Moses Lake | Moses Lake Senior Care, LLC | |
| Mountain Laurel | Glastonbury Senior Living, LLC | Glastonbury Senior Living Property, LLC / Senior Living Holdings II, LLC |
| Mountain View - California | Ukiah Assisted Living, LLC | |
| Mountain View - Ashland | Ashland Senior Living, LLC | |
| Neawanna by the Sea | Clatsop Assisted Living LLC | |

**Attachment 1 to Exhibit B - Affiliates**

| Facility Name - doing business as | Operator Legal Name | Co-Owner Legal Name |
|---|---|---|
| Necanicum Village | Seaside Senior Living, LLC | |
| Northglenn Heights | Northglenn Assisted Living, LLC | |
| Northpark Place | Sioux  City Senior Living, LLC | Sioux City Senior Living Property, LLC |
| Northridge | Kearney Senior Living, LLC | |
| Northwesterly, The | Northwesterly Assisted Living LLC | |
| Oak Tree Village | St. Peters Senior Living, LLC | St. Peters Senior Living Property, LLC |
| Oakridge | Stevens Pointe Senior Living,  LLC | |
| Oaks, The | Wayne Senior Living, LLC | |
| Orchard Glen | Orchard Glen Retirement Community, LLC | |
| Orchard Park | Orchard Park, LLC | |
| Orchard Pointe | Port Orchard Alzheimer's Care, L.L.C. | |
| Osprey Court | Osprey Court Senior Living, LLC | |
| Osprey Pointe | KAMAC Assisted Living, LLC | |

**Attachment 1 to Exhibit B - Affiliates**

| Facility Name - doing business as | Operator Legal Name | Co-Owner Legal Name |
|---|---|---|
| Osprey Pointe Cottages | Osprey Pointe Cottages, LLC | |
| Oswego Springs | Lesser-Capitol, LLC | |
| Pacific Pointe | CV Senior Living, LLC | |
| Palm Meadows Court | Sanddollar Court Memory Care, LLC | |
| Palm Meadows Village | Sanddollar Village Assisted Living, LLC | |
| Palms, The | The Palms Assisted Living & Memory Care, LLC | |
| Paradise Valley | Paradise Valley Retirement Community, LLC | |
| Paragon Gardens | Paragon Gardens Limited Partnership | |
| Park Avenue Estates | Lexington Senior Living, LLC | Lexington Senior Living Property, LLC |
| Park Meadows | Park Meadows, L.L.C. | |
| Park Place - Casper | Park Place Assisted Living, LLC | |
| Park Place - Portland | Park Place Assisted Living Community, LLC | |
| Park Place - Spartanburg | Spartanburg Senior Living, LLC | |
| Parkview Estates | Kennewick Care, LLC | |

**Attachment 1 to Exhibit B - Affiliates**

| Facility Name - doing business as | Operator Legal Name | Co-Owner Legal Name |
|---|---|---|
| Parkview Estates Cottages | Parkview Estates Cottages, LLC | |
| Parkway Village | Spokane Senior Living, LLC | |
| Peachtree Village - NM | Peachtree Village Retirement, LLC | |
| Peachtree Village - GA | Commerce Senior Living, LLC | Commerce Senior Living Property, LLC |
| Pelican Pointe | Pelican Pointe Assisted Living, LLC | |
| Peridot | Peridot Assisted Living Community, LLC | |
| Pheasant Ridge Retirement | Roanoke SW Retirement, LLC | |
| Pheasant Ridge Senior Living | Roanoke Senior Living, LLC | Roanoke Senior Living Property, LLC / Senior Living Holdings III, LLC |
| Place at Southpark, The | Southpark Senior Living, LLC | |
| Plaza at Sun Mountain | Vegas Assisted Living, LLC | |
| Plaza on the River | Kerrville Senior Living Limited Partnership | Kerrville Senior Living Property LP |
| Pointe at Cedar Park | Pointe at Cedar Park, L.L.C. | |
| Pointe at Kirby Gate | Memphis KG Property LLC | |
| Ponds at Punaluu | Oahu Senior Living, LLC | |

**Attachment 1 to Exhibit B - Affiliates**

| Facility Name - doing business as | Operator Legal Name | Co-Owner Legal Name |
|---|---|---|
| Prairie House | Assisted Living Alternatives, Inc. | |
| Preston Hollow | Preston Hollow AL LP | |
| Quail Hollow | Richland Special Care, L.L.C. | |
| Rainbow | Rainbow GF, LLC | |
| Regal Estates | Regal Estates Assisted Living Limited Partnership | |
| Remington House | Kingsport Senior Living, LLC | |
| Richland Pines | Columbia Senior Living, LLC | |
| River Road | TLC North, L.L.C. | |
| River Rock Lodge | Jackson Hole Senior Living, LLC | Jackson Hole Property, LLC |
| River Valley Landing | Tualatin Senior Care, LLC | |
| Riverchase Village | Hoover Senior Living, LLC | Hoover Senior Living Property, LLC |
| Riverdale Estates | Riverdale Senior Living, LLC | |
| Riverside at Belfair | Riverside at Belfair Assisted Living, LLC | |
| Rose Estates | Overland Rose Senior Living, LLC | |

**Attachment 1 to Exhibit B - Affiliates**

| Facility Name - doing business as | Operator Legal Name | Co-Owner Legal Name |
|---|---|---|
| Rose Terrace | Memphis Senior Living, LLC | |
| Rose Valley | Scappoose Assisted Living, LLC | |
| Rose Valley Cottages | Rose Valley Cottages, LLC | |
| Rosemont at Clearlake | Clearlake Senior Living Limited Partnership | Clearlake Senior Living Property GP, LLC |
| Sandia Springs | Sandia Springs Assisted Living & Memory Care, LLC | |
| Sellwood Landing | Sellwood Landing Retirement and Assisted Living Community, LLC | |
| Sequoia Springs | Fortuna Assisted Living, LLC | |
| Sequoia Springs Cottages | Fortuna Cottages, LLC | |
| Settlers Park | Settler's Park, LLC/Harder Dev I | |
| Sierra Hills | Sierra Hills Assisted Living Community, LLC | |
| Silver Creek | Silver Creek Assisted Living, L.L.C. | |
| Spring Arbor | Spring Arbor Senior Living, LLC | Spring Arbor Property, LLC |
| Spring Creek Gardens | Plano Limited Partnership | |

**Attachment 1 to Exhibit B - Affiliates**

| Facility Name - doing business as | Operator Legal Name | Co-Owner Legal Name |
|---|---|---|
| Spring Estates | Kenmore Senior Living, LLC | |
| Spring Meadow Cottages | Grants Pass Cottages LLC | |
| Spring Meadow Retirement | Spring Village Retirement, LLC | |
| Spring Mountain | Marietta Senior Living, LLC | |
| Spring Pointe | Spring Pointe, LLC | |
| Spring Village | Spring Village, LLC | |
| Spring Wind | Spring Wind Assisted Living Community, LLC | |
| Statesman Club | Vineyard Blvd Senior Living, LLC | Vineyard Blvd Senior Living Property, LLC |
| Stone Mountain | Stone Mountain Senior Living, LLC | |
| Stonebridge | Vancouver Care, L.L.C. (Vancouver II) | |
| Sugarland Ridge | Sheridan Senior Living, LLC | Sheridan Senior Living Property, LLC |
| Suites, The | The Suites AL Community, LLC | |
| Summerfield House | Summerfield House Assisted Living LLC | |

**Attachment 1 to Exhibit B - Affiliates**

| Facility Name - doing business as | Operator Legal Name | Co-Owner Legal Name |
|---|---|---|
| Summit House | Britt Senior Living, LLC | |
| Sundial | Modesto Senior Living Limited Partnership | |
| Sunrise Creek | Sunrise Creek Assisted Living and Memory Care Community, LLC | |
| Sunshine Village | Sunshine Village Assisted Living & Memory Care, LLC | |
| Sweetgrass Court | Mt. Pleasant Oakdale I ALZ, LLC | Mt. Pleasant Oakdale I Property, LLC |
| Sweetgrass Village | Mt. Pleasant Oakdale II ALF, LLC | Mt. Pleasant Oakdale II Property, LLC |
| Sweetwater Springs | Sweetwater Springs Assisted Living & Memory Care Community, LLC | |
| Tanner Springs | West Linn Senior Living, LLC | |
| Terrace at Bluegrass | Hendersonville B G Property, LLC | |
| Terrace at Riverstone | Canton Senior Living, LLC | Canton Senior Living Property, LLC |
| Terrace at Woodstock | Woodstock Oaks Senior Living, LLC | Woodstock Oaks Senior Living Property, LLC |
| Terrace, The | Jasper Senior Living, LLC | Jasper Senior Living Property, LLC |
| Timberwood Court | Albany Specialty Care, LLC | |
| Town Village | Oklahoma City Senior Living, LLC | |

**Attachment 1 to Exhibit B - Affiliates**

| Facility Name - doing business as | Operator Legal Name | Co-Owner Legal Name |
|---|---|---|
| Tudor Heights | Pikesville Senior Living, LLC | |
| Valley View | Aspen Foundation II | |
| Victorian Manor | Batavia Senior Living, LLC | |
| Victory Hills | Kansas City Senior Living, LLC | Kansas City Senior Living Property, LLC |
| Villa Del Rey | Roswell Assisted Living, LLC | |
| Village of the Falls | Olmsted Falls Senior Living, LLC | Olmsted Falls Senior Living Property, LLC |
| Waterfield | Waterfield Memory Care Community, LLC | |
| Waterford in Bellevue, The | Nashville Senior Living, LLC | Nasville Senior Living Property, LLC |
| Weatherly Springs | Huntsville Senior Living, LLC | |
| West Park Place | West Allis Senior Living, LLC | |
| Westbrook Gardens | Purcell Senior Living, LLC | |
| Wheatfields | Clovis Assisted Living, LLC | |
| Whitman | Pullman Senior Care Operator, LLC | Pullman Senior Care Properties, LLC |
| Wildflower Lodge | LaGrande Assisted Living, LLC | |

# Attachment 1 to Exhibit B - Affiliates

| Facility Name - doing business as | Operator Legal Name | Co-Owner Legal Name |
|---|---|---|
| Willow Creek | Phoenix Senior Living, LLC | Pullman Senior Care Properties, LLC |
| Willow Ridge | Mc Cook Senior Living, LLC | |
| Willows at Sherman | Willows at Sherman Community GP, LLC | |
| Windfield Village | Wilsonville Retirement, LLC | |
| Woodside | Woodside Assisted Living Community, LLC | Springfield Assisted Living, LLC |
| Woodstock Estates | Woodstock Senior Living, LLC | |
| Wyndmoor, The | Terre Haute Senior Living, LLC | Terre Haute Senior Living Property, LLC |
| **DEVELOPMENT PROPERTIES - NOT OPEN** | | |
| Aaron Ridge Apartments, LLC | Aaron Ridge Apartments, LLC | |
| Albany Senior Living, LLC | Albany Assisted Living Community, LLC | |
| Autumn Park Cottages | | |
| Avondale Senior Living, LLC (Not FEECO) | Avondale Senior Living, LLC | |
| Blue Mountain Associates | Blue Mountain Associates LLC | |
| Bluffs at Northwood | Bluffs At Northwoods Apartments, LLC | Bluffs at Northwoods Property, LLC |
| The Bluffs | Rock Springs Senior Living, LLC | |
| Braxton Senior Living, LP | Braxton Senior Living Limited Partnership | Braxton Senior Living Property Limited Partnership |
| Canyon Creek Development, Inc. | Canyon Creek Development, Inc. | |
| Gig Harbor | Gig Harbor Senior Living, LLC | |
| Cedar Ridge | Nanaimo Sr. Living LP - (3rd Party) Notes | |
| Cordova Estates Cottages | Cordova Cottages, LLC | |
| Chesterly Meadows Cottages | Chesterley Meadows Cottages, LLC | |
| Clark 40 | Clark 40, LLC | |

**Attachment 1 to Exhibit B - Affiliates**

| Facility Name - doing business as | Operator Legal Name | Co-Owner Legal Name |
|---|---|---|
| Copper Springs | Hobbs Assisted Living, LLC | |
| Cottonwood Lodge | Cottonwood Lodge Retirement, Assisted Living and Memory Care Community, LLC | |
| Drake's Landing | Eugene Senior Living, LLC | Eugene Senior Living Property, LLC |
| Eugene Senior Living Apartments Property, LLC | | Eugene Senior Living Apartments Property, LLC |
| Fairview Business Flex Park | Fairview Business Flex Campus, LLC | |
| Garden Estates Temple Cottages | Temple Cottages GP, LLC | |
| Garden Way | Eugene Senior Living Apartments, LLC | |
| Gardner Ridge (Seaview Care, LLC) | Sea View Assisted Living Community, LLC | |
| Grahams Ferry Road Property, LLC | Grahams Ferry Road Property, LLC | |
| Greenville Cottages Property, LLC (Hawthorne Inn Cot) | Greenville Cottages Property, LLC | |
| Gresham Station | Gresham Sr. Living, LLC | |
| Highlands (Chapparel Heights) | Highland Chaparral Senior Living LP | Highland Chaparral Senior Living Property LP |
| HR Salem Properties (Nielsen Bldg) | HR Salem Properties, LLC | HR Salem Associates, LLC |
| HR Retail | HR Retail Associates I, LLC | HR Retail Properties I, LLC |
| Lacey Care | Lacey Care, LLC | |
| Lavendar Fields | Sequim Senior Living, LLC | |
| Morgan Hill Senior Living Property, LLC | | Morgan Hill Senior Living Property Limited Partnership |
| Morgan Hill Senior Living, LLC | Morgan Hill Senior Living Limited Partnership | |
| Mountain Terrace | Broomfield Senior Living, LLC | Broomfield Senior Living Property, LLC |
| Overlook Apartments | Charlotte Overlook Apartments, LLC | |
| Poulsbo Senior Living | Poulsbo Senior Living, LLC | |
| Cheyenne Senior Living Property, LLC (Prairie Ridge) | Cheyenne Senior Living, LLC | Cheyenne Senior Living, Property, LLC |
| Presidio Pointe | Presidio Pointe Retirement Community | |
| Puyallup Senior Living, LLC (Meeker Terrace) | Puyallup Sr. Living, LLC | |
| Quail Summit | Quail Summit Senior Living Community | |
| Regal Estates Cottages | Regal Estates Cottages GP, LLC | |
| River Pines | Post Falls Land, LLC | |
| Rivers Edge Apartments | River's Edge NC Apartments LLC | Rivers Edge Property, LLC |
| Rose Valley Cottages | | |
| Smart Park PH I, LLC | Smart Park P H 1, LLC | |
| Smart Park 3 Leasing, LLC | Smart Park 3 Leasing, LLC | |
| Smart Park 3, LLC | Smart Park 3, LLC | |
| Smart Park 4, LLC | Smart Park 4, LLC | |
| Smarth Park PH 4 Leasing, LLC | Smarth Park PH 4 Leasing, LLC | |

**Attachment 1 to Exhibit B - Affiliates**

| Facility Name - doing business as | Operator Legal Name | Co-Owner Legal Name |
|---|---|---|
| Sunshine Village Cottages | Sunshine Village Cottages, LLC | Sunshine Village Cottages Property, LLC |
| Sweetwater Springs Cottages | Sweetwater Springs Cottages, LLC | |
| Viewpoint on Queen Ann | | |
| Vista Pointe | Medford Senior Living, LLC | Medford Senior Living Property, LLC |
| Whichita Falls Apartments, LLC (French Quarter) | Whichita Falls Apartments, LLC (French Quarter) | Whichita Falls Apartments Property, LLC |
| Whitecliffs | Kingman Senior Living, LLC | Kingman Senior Living Property, LLC |
| Willow Trace Apartments, LLC | Willow Trace Apartments, LLC | Willow Trace Property, LLC |
| Yakima Medical School Holdings, LLC | Yakima Medical School Holdings, LLC | |

## <u>Exhibit C</u>

The following is a list of affiliates of Debtor which have filed bankruptcy, the filing date, and court where filed:

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| Nashville Senior Living, LLC<br>Middle District of Tennessee, Nashville Division | 08-07254<br>Affiliate | 08/17/08<br>Judge Paine |
| Anderson Senior Living Property, LLC<br>Middle District of Tennessee, Nashville Division | 08-07255<br>Affiliate | 08/17/08<br>Judge Paine |
| Charlotte Oakdale Property, LLC<br>Middle District of Tennessee, Nashville Division | 08-07256<br>Affiliate | 08/17/08<br>Judge Paine |
| Greensboro Oakdale Property, LLC<br>Middle District of Tennessee, Nashville Division | 08-07257<br>Affiliate | 08/17/08<br>Judge Paine |
| Mt. Pleasant Oakdale I Property, LLC<br>Middle District of Tennessee, Nashville Division | 08-07258<br>Affiliate | 08/17/08<br>Judge Paine |
| Mt. Pleasant Oakdale II Property, LLC<br>Middle District of Tennessee, Nashville Division | 08-07259<br>Affiliate | 08/17/08<br>Judge Paine |
| Pinehurst Oakdale Property, LLC<br>Middle District of Tennessee, Nashville Division | 08-07260<br>Affiliate | 08/17/08<br>Judge Paine |
| Winston-Salem Oakdale Property, LLC<br>Middle District of Tennessee, Nashville Division | 08-07261<br>Affiliate | 08/17/08<br>Judge Paine |
| Century Fields Retirement and Assisted Living Community, LLC<br>Middle District of Tennessee, Nashville Division | 08-07338<br>Affiliate | 08/19/08<br>Judge Paine |
| Briarwood Retirement and Assisted Living Community, LLC<br>Middle District of Tennessee, Nashville Division | 08-07339<br>Affiliate | 08/19/08<br>Judge Paine |
| Portland Senior Living, LLC<br>Oregon | 08−36630<br>Affiliate | 12/1/08 |

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| Medallion Assisted Living Limited Partnership<br>Oregon | 08−36638<br>Affiliate | 12/1/08 |
| Colonial Gardens, LLC<br>Oregon | 08−36655<br>Affiliate | 12/2/08 |

## **EXHIBIT D**

The following affiliates are or may be creditors of Debtor:  Sunwest Management, Inc.; Fuse Advertising; Century Fields; KDA Construction; Senenet, Inc.; Sunwest Management, Inc.; Champlin Shores; Divine Investments Inc; Jon M. Harder; Lakeside Cottages.

The following may be a debtor of Debtor:  Lakeside Cottages II, LLC.

034618/00002/1304838v1

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DEBTOR'S APPLICATION FOR ORDER APPROVING (1) EMPLOYMENT OF CLYDE A. HAMSTREET & ASSOCIATES, LLC AS INTERIM MANAGEMENT AND RESTRUCTURING CONSULTANT AND (2) APPOINTMENT OF CLYDE HAMSTREET AS CHIEF RESTRUCTURING OFFICER** on the parties indicated as "ECF" on the attached List of Interested Parties by electronic means through the Court's Case Management/Electronic Case File system on the date set forth below.

In addition, I served the foregoing on the parties indicated as "Non-ECF" on the attached List of Interested Parties by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each attorney's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below.

DATED this 8th day of December, 2008.

TONKON TORP LLP

By /s/ Albert N. Kennedy
    Leon Simson, OSB No. 753429 (Lead Attorney)
    Albert N. Kennedy, OSB No. 82142
    Timothy J. Conway, OSB No. 85175
    888 S.W. Fifth Avenue, Suite 1600
    Portland, OR 97204-2099
    Telephone: 503-221-1440
    Facsimile: 503-274-8779
    E-mail: leon.simson@tonkon.com
          al.kennedy@tonkon.com
          tim.conway@tonkon.com

    Attorneys for Debtor

034618\00002\1304550 V001

**Page 1 of 1 -   CERTIFICATE OF SERVICE**

## LIST OF INTERESTED PARTIES

### *In re Stayton SW Assisted Living dba Lakeside Assisted Living Community*
### U.S. Bankruptcy Court Case No. 08-36637-tmb11

## ECF PARTICIPANTS:

**US TRUSTEE**

U.S. Trustee's Office
620 SW Main St, Room 213
Portland, OR 97205-3026
ustpregion18.pl.ecf@usdoj.gov

**REQUESTS FOR SPECIAL NOTICE**

David W. Criswell
Ball Janik LLP
1100 One Main Place
101 S.W. Main Street
Portland, OR 97204-3219
dcriswell@balljanik.com
    Attorney for Column Financial

John D. Albert
POB 968
Salem, OR 97308
Darlene@albertandtweet.com
    Attorney for Fred Girod

## NON-ECF PARTICIPANTS:

**TOP 20:**

Liberty Mutual Insurance
Attn: Tina Parrett
8430 W Bryn Mawr Ave, 3rd
Chicago, IL 61631
Telephone: 541-687-4799
Fax: 541-687-4718

Sysco Food Services of Portland
Attn: Greg Wolf
Acct #356964
26250 SW Pkwy Center Dr
Wilsonville, OR 97070
Telephone: 503-682-4869
Fax: 503-682-6699

Alliance Insurance Group
Attn: Tina Parrett
911 Country Club Rd # 340
Eugene, OR 97401
Telephone: 541-687-4799
Fax: 541-687-4718

Capital Premium Finance
Attn: Sarah Bush
ACCT#CAP-076343
POB 1020
Draper, UT 84020
Telephone: 800-767-0705
Fax: 800-700-3170
sarah@capitalpremiumfinance.net

OHCA
Attn: Linda Kirschbaum
11740 SW 68th Pkwy # 250
Portland, OR 97223-9062
Telephone: 503-726-5260
Fax: 503-726-5259

Former Resident #SSWAL-1
Address Redacted

TruGreen Landcare
Attn: Cheri Rawlings
POB 100186
Pasadena, CA 91189-0186
Telephone: 541-928-1283
Fax: 541-928-1182

Former Resident #SSWAL-2
Address Redacted

Former Resident #SSWAL-3
Address Redacted

Illustratus
Attn: Adrian Robertson
10983 Granada Ln
Overland Park, KS 66211
Telephone: 913-754-4200
Fax: 913-754-4239

Grove Mueller and Swank PC
Attn: Vicki Holland
POB 2122
Salem, OR 97308-2122
Telephone: 503-581-7788
Fax: 503-581-0152

C and D Landscape Co
Attn: Isaac Kearns
16800 NE McDougall Rd
Dayton, OR 97114
Telephone: 503-864-3551
Fax: 503-864-4428

Medline Industries Inc
Attn: Brian Koci
Acct #1161408 - Dept 1080
POB 121080
Dallas, TX 75312-1080
Telephone: 800-388-2147
Fax: 847-949-3180

NW Natural Gas
Attn: Accounts Receivable
Acct # 1048887-2
POB 6017
Portland, OR 97228-6017
Telephone: 503-721-2512
Fax: 503-721-2516

The Home Depot Supply
Attn: Sonya Norton
Acct # 1504007
POB 509058
San Diego, CA 92150-9058
Telephone: 800-798-8888
Fax: 800-930-4930

Former Resident #SSWAL-4
Address Redacted

Otis Elevator Co
Attn: Tina
Cust #394006
Contract #SPSx7162
POB 73579
Chicago, IL 60673-7579
Telephone: 503-639-7045
Fax: 503-684-5427

Allied Waste
Attn: Accounts Receivable
Acct # 3-0456-3006678
POB 608
Woodburn, OR 97071
Telephone: 503-981-1278
Fax: 503-982-7930

12/8/08

Mt Hood Solutions
Attn:  Mike Mulfur
Acct #000889
14546 N Lombard St
Portland, OR  97203-6462
Telephone: 503-227-3505
Fax: 503-225-9143

Direct Supply
Attn:  Kim Stuh
POB 88201
Milwaukee, WI  53288
Telephone: 800-634-7338
Fax: 800-250-1961

**OTHERS:**

Lee S. Attanasio
Sidley Austin LLP
787 Seventh Ave
New York, NY 10019

034618\00002\1291011 V002